
AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| OBERDORFER, LOUIS F. | U.S. DISTRICT COURT | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SNR STAT | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 2309, U.S. COURTHOUSE<br>3RD & CONSTITUTION, NW<br>WASHINGTON, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. TRUSTEE | TRUST #2 |
| 3. TRUSTEE | TRUSTS #8-11 |
| 4. TRUSTEE | TRUST U/A 6/24/94 FBO GRANDSON, TRUST #12 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2007 JUN 19 A 11:18 RECEIVED

Oberdorfer_Louis_F

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| OBERDORFER, LOUIS F. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. L.F. OBERDORFER AGENCY ACCT | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. -- IBM | C | Dividend | M | T | | | | | |
| 4. -- JOHNSON & JOHNSON | C | Dividend | L | T | | | | | |
| 5. -- BP AMOCO PLC | D | Dividend | L | T | | | | | |
| 6. -- CHEVRONTEXACO CORP | C | Dividend | L | T | | | | | |
| 7. -- GENERAL ELECTRIC | C | Dividend | K | T | | | | | |
| 8. -- DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 9. -- HUBBELL INC | B | Dividend | K | T | | | | | |
| 10. -- GENERAL MILLS | B | Dividend | L | T | | | | | |
| 11. -- CATERPILLAR | A | Dividend | K | T | | | | | |
| 12. -- EQUITY RESIDENTIAL PPTYS | | None | | | Sold | 3/6 | M | E | |
| 13. -- LINCOLN NATIONAL | A | Dividend | J | T | Sold (part) | 12/29 | J | | |
| 14. -- NORTHROP CORP | A | Dividend | K | T | | | | | |
| 15. -- XCEL ENERGY INC | C | Dividend | L | T | | | | | |
| 16. -- SOUTHERN CO | A | Dividend | J | T | | | | | |
| 17. -- PFIZER INC | A | Dividend | K | T | Buy | 3/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 19. -- COLUMBIA ACORN TRUST | D | Dividend | M | T | | | | | |
| 20. -- NEUBERGER BERMAN GUARDIAN | D | Dividend | K | T | | | | | |
| 21. -- DWS INTERNATIONAL FUND | B | Dividend | K | T | | | | | |
| 22. -- VANGUARD WINDSOR FUND | B | Dividend | | | Sold | 10/27 | L | | |
| 23. -- LEGG MASON PARTNERS FDS | B | Dividend | K | T | | | | | |
| 24. -- SEI DAILY INCOME TRUST | D | Dividend | N | T | | | | | |
| 25. -- FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |
| 26. -- US T NTS 4.375% 1/31/08 | B | Interest | | | Matured | 1/31 | K | | |
| 27. -- US T NTS 4.25% 9/30/12 | C | Interest | M | T | | | | | |
| 28. -- US T NTS 3.625% 5/15/13 | B | Interest | L | T | Buy | 1/24 | L | | |
| 29. -- US T NTS 4.0% 2/15/14 | B | Interest | L | T | Buy | 1/24 | L | | |
| 30. -- US T NTS 4.125% 5/15/15 | C | Interest | M | T | Buy | 2/22 | M | | |
| 31. -- US T NTS 3.375% 6/30/13 | B | Interest | M | T | Buy | 7/23 | M | | |
| 32. -- SELECT SECTOR SPDR FUND - UTILITIES | C | Dividend | M | T | | | | | |
| 33. -- FED HOME LOAN BANK 4.250% 5/16/08 | B | Interest | | | Matured | 5/16 | L | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   MUNICIPAL BONDS | | | | | | | | | |
| 36.   -- VA BEACH 5.4% 7/15/09 | B | Interest | K | T | | | | | |
| 37.   -- RICHMOND VA 4.0% 7/15/11 | B | Interest | L | T | | | | | |
| 38.   -- LYNCHBURG VA 3.5% 6/1/10 | B | Interest | L | T | | | | | |
| 39.   -- LOUDOUN CNTY VAR% 2/15/38 | B | Interest | K | T | | | | | |
| 40.   -- LOUDOUN CNTY VA 5.0% 1/1/10 | C | Interest | M | T | | | | | |
| 41.   -- PORTSMOUTH VA 4.125% 7/1/12 | C | Interest | M | T | | | | | |
| 42.   -- VIRGINIA ST PUB SCH AUTH 4.0% 8/1/09 | C | Interest | M | T | | | | | |
| 43. | | | | | | | | | |
| 44.   -- ▮▮▮ HOUSE OWNED ▮▮▮ | | None | K | S | | | | | SEE PART VIII |
| 45.   -- ▮▮▮ HOUSE & LOTS ▮▮▮ | | None | K | S | | | | | |
| 46.   -- *PROPERTY OWNED ▮▮▮ -INCOME & VALUE FBO LFO=1/2 VALUE | | | | | | | | | |
| 47. | | | | | | | | | |
| 48.   -- PNC BANK CHECKING | B | Interest | M | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST #1 AGGREGATE SEE NOTE PART VIII | F | Int./Div. | N | T | | | | | |
| 53. COMMON STOCKS | | | | | | | | | |
| 54. -- UNION PACIFIC CORP. | | | | | | | | | |
| 55. -- JOHNSON & JOHNSON | | | | | | | | | |
| 56. -- ANADARKO PETE | | | | | | | | | |
| 57. -- AMGEN | | | | | | | | | |
| 58. -- CHEVRONTEXACO CORP | | | | | | | | | |
| 59. -- GENERAL ELECTRIC | | | | | | | | | |
| 60. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 61. -- AUTOMATIC DATA PROCESSING | | | | | | | | | |
| 62. -- XCEL ENERGY, INC. | | | | | | | | | |
| 63. -- NORTHROP CORP | | | | | | | | | |
| 64. -- VERIZON COMM | | | | | | | | | |
| 65. -- FAIRPOINT COMMUNICATIONS | | | | | Spinoff (from line 64) | 4/1 | | | |
| 66. -- FAIRPOINT COMMUNICATIONS | | | | | Sold (part) | 4/4 | J | | |
| 67. -- AT&T | | | | | | | | | |
| 68. -- SOUTHERN CO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 70. -- COLUMBIA ACORN TRUST | | | | | | | | | |
| 71. -- NEUBERGER BERMAN GUARDIAN | | | | | | | | | |
| 72. -- SEI DAILY INCOME TRUST | | | | | | | | | |
| 73. -- DWS INTERNATIONAL | | | | | | | | | |
| 74. -- VANGUARD WINDSOR FUND | | | | | | | | | |
| 75. -- SELECT SECTOR SPDR FUND - UTILITIES | | | | | | | | | |
| 76. -- US T NTS 4.25% 11/15/13 | | | | | | | | | |
| 77. -- VANGUARD INDEX TR 500 | | | | | | | | | |
| 78. -- VANGUARD TOTAL INTL STOCK INDEX | | | | | | | | | |
| 79. -- VANGUARD UTILITIES INDEX | | | | | | | | | |
| 80. -- VANGUARD GROWTH & INCOME FUND | | | | | | | | | |
| 81. -- VANGUARD INDEX TRUST VALUE PORTFOLIO | | | | | | | | | |
| 82. -- ISHARES MSCI INDEX FUND | | | | | Sold (part) | 12/29 | K | | |
| 83. -- FED HOME LOAN BANK 4.250% 5/16/08 | | | | | Matured | 5/16 | K | | |
| 84. | | | | | | | | | |
| 85. MUNICIPAL BONDS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- FAIRFAX CNTY VA REDEV 4.1% 6/1/08 | | | | | Matured | 6/1 | K | | |
| 87.  -- FAIRFAX CNTY VA REDEV 4.25% 6/1/10 | | | | | | | | | |
| 88.  -- FAIRFAX CNTY VA 3.25% 6/1/10 | | | | | | | | | |
| 89.  -- RICHMOND VA 4.0% 7/15/11 | | | | | | | | | |
| 90.  -- SPOTSYLVANIA 4.25% 1/15/13 | | | | | | | | | |
| 91.  -- NEWPORT NEWS 5.0% 6/1/12 | | | | | | | | | |
| 92.  -- VIRGINIA ST 3.0% 10/1/12 | | | | | Buy | 8/14 | L | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ███████ AGENCY ACCT | | | | | | | | | |
| 104. COMMON STOCKS | | | | | | | | | |
| 105. -- REGIONS FINANCIAL | D | Dividend | L | T | | | | | |
| 106. -- COCA COLA CO | E | Dividend | P1 | T | | | | | |
| 107. -- J P MORGAN CHASE | E | Dividend | N | T | | | | | |
| 108. -- IBM | D | Dividend | N | T | | | | | |
| 109. -- WACHOVIA CORP | E | Dividend | M | T | | | | | |
| 110. -- SUNTRUST BANKS | D | Dividend | L | T | | | | | |
| 111. -- TORCHMARK CORP | D | Dividend | P1 | T | | | | | |
| 112. -- WADDELL & REED | D | Dividend | N | T | | | | | |
| 113. -- BP AMOCO PLC | E | Dividend | M | T | | | | | |
| 114. -- MEDCO | | None | K | T | | | | | |
| 115. -- AMGEN | | None | N | T | | | | | |
| 116. -- CHEVRONTEXACO CORP | D | Dividend | M | T | | | | | |
| 117. -- GENERAL ELECTRIC | D | Dividend | M | T | | | | | |
| 118. -- DOW CHEMICAL CO | D | Dividend | K | T | | | | | |
| 119. -- GENERAL MILLS | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- CATERPILLAR INC. | B | Dividend | L | T | | | | | |
| 121. -- LINCOLN NATIONAL | C | Dividend | K | T | Sold (part) | 12/29 | K | | |
| 122. -- XCEL ENERGY INC | D | Dividend | M | T | | ·: | | | |
| 123. -- EQUITY RESIDENTIAL PPTYS | | None | | | Sold | 3/6 | M | F | |
| 124. -- NEWMONT MNG CORP | A | Dividend | | | Sold | 10/24 | K | | |
| 125. -- PFIZER INC | A | Dividend | K | T | Buy | 3/13 | K | | |
| 126. | | | | | | | | | |
| 127. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 128. -- COLUMBIA ACORN TRUST | E | Dividend | O | T | | | | | |
| 129. -- DWS INTERNATIONAL | D | Dividend | M | T | | | | | |
| 130. -- VANGUARD WINDSOR FUND | B | Dividend | | | Sold | 10/27 | M | | |
| 131. -- SEI DAILY INCOME TRUST | D | Dividend | O | T | | | | | |
| 132. -- SELECT SECTOR SPDR FUND -UTILI TIES | D | Dividend | M | T | | | | | |
| 133. -- VANGUARD INDEX TR 500 | C | Dividend | L | T | | | | | |
| 134. -- FED HOME LOAN BANK 4.250% 5/16 /08 | C | Interest | | | Matured | 5/16 | M | | |
| 135. | | | | | | | | | |
| 136. MUNICIPAL BONDS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- VA BEACH 5.4% 7/15/09 | C | Interest | L | T | | | | | |
| 138. -- FAIRFAX CNTY 4.25% 6/1/09 | B | Interest | K | T | | | | | |
| 139. -- LYNCHBURG VA 3.5% 6/1/10 | C | Interest | M | T | | | | | |
| 140. -- RICHMOND VA 4.0% 7/15/11 | C | Interest | M | T | | | | | |
| 141. -- LOUDOUN CNTY VAR % 2/15/38 | B | Interest | K | T | | | | | |
| 142. -- PORTSMOUTH VA 4.125% 7/1/12 | C | Interest | M | T | | | | | |
| 143. -- WINCHESTER VA 4.0% 12/1/14 | D | Interest | M | T | | | | | |
| 144. CHARLOTTESVILLE 4.0% 9/15/12 | D | Interest | M | T | | | | | |
| 145. | | | | | | | | | |
| 146. MUTUAL FUNDS/T NOTES | | | | | | | | | |
| 147. -- US T NTS 5.0% 7/31/08 | D | Interest | | | Matured | 7/31 | M | | |
| 148. -- US T NTS 4.25% 9/30/12 | D | Interest | M | T | | | | | |
| 149. -- FED NATL MTG ASSN 5.5% 9/16/16 | B | Interest | K | T | | | | | |
| 150. -- US T NTS 3.625% 5/15/13 | C | Interest | M | T | Buy | 1/24 | M | | |
| 151. -- US T NTS 4.125% 5/15/15 | C | Interest | M | T | Buy | 1/24 | M | | |
| 152. -- US T NTS 3.375% 6/30/13 | B | Interest | M | T | Buy | 7/23 | M | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  SAVINGS ACCOUNTS | | | | | | | | | |
| 155.  -- BB&T BANK | A | Interest | K | T | | | | | |
| 156.  -- PNC BANK | A | Interest | J | T | | | | | |
| 157. | | | | | | | | | |
| 158.  -- REAL ESTATE-SEE PART VIII FOR ASSESSMENT DATA | | | | | | | | | |
| 159. | | | | | | | | | |
| 160.  -- ███████ HOUSE & LOTS ███ | | None | K | S | | | | | |
| 161.  *PROPERTY OWNED ███ -INCOME & VALUE FBO ███ =1/2 VALUE | | | | | | | | | |
| 162.  -- 1/6 INT A&L WEIL FARM | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TRUST # 2 AGGREGATE SEE NOTE PART VIII | D | Int./Div. | L | T | | | | | |
| 172. COMMON STOCKS | | | | | | | | | |
| 173. -- WACHOVIA CORP NEW | | | | | | | | | |
| 174. -- GENERAL ELECTRIC | | | | | Sold (part) | 9/15 | K | E | |
| 175. -- GENERAL ELECTRIC | | | | | Sold | 9/15 | J | D | |
| 176. -- AMERICAN INTL GROUP | | | | | Sold | 8/11 | K | D | |
| 177. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 178. -- CISCO SYS INC. | | | | | | | | | |
| 179. -- WALMART STORES INC | | | | | Sold (part) | 10/21 | J | A | |
| 180. -- MOTOROLA INC | | | | | Sold | 2/6 | J | | |
| 181. -- MONSANTO CO NEW | | | | | Sold (part) | 1/17 | J | B | |
| 182. -- MONSANTO CO NEW | | | | | Sold | 10/7 | J | B | |
| 183. -- PG&E CORP | | | | | | | | | |
| 184. -- MCDONALDS CORP | | | | | Sold (part) | 1/15 | J | A | |
| 185. -- MCDONALDS CORP | | | | | Sold | 1/29 | J | B | |
| 186. -- PEPSICO INC | | | | | | | | | |
| 187. -- ALLEGHENY TECHNOLOGIES | | | | | Sold | 8/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- BRINKER INTL INC | | | | | Buy (add'l) | 1/29 | J | | |
| 189. -- BRINKER INTL INC | | | | | Sold | 7/24 | J | | |
| 190. -- UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 2/28 | J | B | |
| 191. -- UNITED TECHNOLOGIES | | | | | Sold | 3/10 | J | A | |
| 192. -- LAMAR ADVERTISING CO | | | | | Sold | 9/18 | J | | |
| 193. -- MICROCHIP TECHNOLOGY | | | | | Sold | 1/29 | J | | |
| 194. -- PROTECTIVE LIFE CORP | | | | | Sold | 9/12 | J | | |
| 195. -- SEI INVTS CO | | | | | Sold | 9/18 | J | | |
| 196. -- CELGENE CORP | | | | | Sold (part) | 7/18 | J | B | |
| 197. -- DOLLAR TREE STORES | | | | | Buy (add'l) | 1/14 | J | | |
| 198. -- DOLLAR TREE STORES | | | | | Buy (add'l) | 1/29 | J | | |
| 199. -- DOLLAR TREE STORES | | | | | Sold (part) | 5/5 | J | | |
| 200. -- DOLLAR TREE STORES | | | | | Sold | 9/23 | J | A | |
| 201. -- THERMO FISHER SCIENTIFIC | | | | | Buy (add'l) | 10/27 | J | | |
| 202. -- FEDERATED INVS INC | | | | | Sold | 7/11 | J | | |
| 203. -- TIFFANY & CO | | | | | Sold | 1/8 | J | | |
| 204. -- WEATHERFORD INTL | | | | | Buy (add'l) | 11/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- WEATHERFORD INTL | | | | | Buy (add'l) | 12/18 | J | | |
| 206. -- SCHERING-PLOUGH | | | | | Sold | 11/17 | J | A | |
| 207. -- DUN & BRADSTREET | | | | | Sold | 9/23 | J | A | |
| 208. -- FMC CORP NEW | | | | | Sold (part) | 2/13 | J | A | |
| 209. -- FMC CORP NEW | | | | | Sold (part) | 4/15 | J | | |
| 210. -- FMC CORP NEW | | | | | Sold (part) | 6/5 | J | A | |
| 211. -- FMC CORP NEW | | | | | Sold | 9/19 | J | A | |
| 212. -- CHOICEPOINT INC | | | | | Sold | 1/29 | J | | |
| 213. -- FEDEX CORP | | | | | Sold | 10/28 | J | | |
| 214. -- SCHWAB CHARLES CORP | | | | | Sold | 1/9 | J | A | |
| 215. -- SCHEIN HENRY | | | | | Sold | 9/18 | J | | |
| 216. -- MCCORMICK & CO | | | | | Sold | 1/25 | J | | |
| 217. -- QUANTA SVCS INC | | | | | Buy (add'l) | 2/28 | J | | |
| 218. -- QUANTA SVCS INC | | | | | Sold | 9/19 | J | A | |
| 219. -- CITRIX SYS INC | | | | | Sold (part) | 1/29 | J | | |
| 220. -- CITRIX SYS INC | | | | | Sold (part) | 6/13 | J | | |
| 221. -- CITRIX SYS INC | | | | | Sold | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- STAPLES INC | | | | | Sold (part) | 2/5 | J | | |
| 223. -- TEXAS INSTRUMENTS | | | | | Sold | 7/25 | J | | |
| 224. -- BANK HAWAII CORP | | | | | Sold (part) | 2/8 | J | | |
| 225. -- BANK HAWAII CORP | | | | | Sold | 5/23 | J | | |
| 226. -- ANHEUSER BUSCH | | | | | Sold (part) | 5/29 | J | | |
| 227. -- ANHEUSER BUSCH | | | | | Sold (part) | 6/13 | J | A | |
| 228. -- ANHEUSER BUSCH | | | | | Sold | 7/11 | J | A | |
| 229. -- DPL INC COM | | | | | Sold | 9/12 | J | | |
| 230. -- ADVANCE AUTO PARTS | | | | | Sold | 9/18 | J | | |
| 231. -- SHAWGROUP INC | | | | | Sold | 1/29 | J | A | |
| 232. -- RF MICRO DEVICES | | | | | Sold | 1/30 | J | A | |
| 233. -- EOG RESOURCES INC | | | | | Sold (part) | 2/13 | J | A | |
| 234. -- EOG RESOURCES INC | | | | | Sold (part) | 3/6 | J | A | |
| 235. -- EOG RESOURCES | | | | | Sold | 3/24 | J | B | |
| 236. -- PRUDENTIAL FINANCIAL | | | | | Buy (add'l) | 3/31 | J | | |
| 237. -- PRUDENTIAL FINANCIAL | | | | | Sold | 11/28 | J | | |
| 238. -- ATHEROS COMMUNICATIONS | | | | | Sold | 9/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- BANK OF NEW YORK MELLON CORP | | | | | | | | | |
| 240. -- CORNING INC | | | | | Sold (part) | 4/10 | J | | |
| 241. -- CORNING INC | | | | | Buy (add'l) | 11/6 | J | | |
| 242. -- HEWLETT-PACKARD CO | | | | | Sold | 1/30 | J | A | |
| 243. -- HUDSON CITY BANCORP | | | | | Sold (part) | 4/4 | J | A | |
| 244. -- HUDSON CITY BANCORP | | | | | Sold (part) | 8/22 | J | A | |
| 245. -- HUDSON CITY BANCORP | | | | | Sold (part) | 9/22 | J | A | |
| 246. -- ARCH COAL INC | | | | | Sold (part) | 2/6 | J | | |
| 247. -- ARCH COAL INC | | | | | Sold (part) | 3/17 | J | | |
| 248. -- ARCH COAL INC | | | | | Sold (part) | 5/2 | J | | |
| 249. -- ARCH COAL INC | | | | | Sold | 9/18 | J | | |
| 250. -- GLOBAL PMNTS INC | | | | | Sold (part) | 6/13 | J | | |
| 251. -- GLOBAL PMNTS INC | | | | | Sold | 9/22 | J | | |
| 252. -- DONNELLEY RR & SONS | | | | | Sold | 8/22 | J | | |
| 253. -- VCA ANTECH INC | | | | | Sold | 7/24 | J | | |
| 254. -- FLOWSERVE CORP | | | | | Sold (part) | 4/2 | J | A | |
| 255. -- FLOWSERVE CORP | | | | | Sold | 6/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256.  -- RED HAT INC | | | | | Sold | 9/19 | J | | |
| 257.  -- DRESSER RAND GROUP | | | | | Buy (add'l) | 3/31 | J | | |
| 258.  -- DRESSER RAND GROUP | | | | | Sold (part) | 6/10 | J | | |
| 259.  -- DRESSER RAND GROUP | | | | | Sold | 9/22 | J | | |
| 260.  -- CAMERON INTL CORP | | | | | Buy (add'l) | 2/6 | J | | |
| 261.  -- UTI WORLDWIDE INC | | | | | Sold | 2/8 | J | | |
| 262.  -- PFIZER INC | | | | | Sold | 6/5 | J | | |
| 263.  -- MCDERMOTT INTL | | | | | Sold (part) | 4/10 | J | A | |
| 264.  -- MCDERMOTT INTL | | | | | Sold | 10/6 | J | | |
| 265.  -- SOUTHWEST AIRLINES | | | | | Sold (part) | 8/14 | J | | |
| 266.  -- SOUTHWEST AIRLINES | | | | | Sold | 11/18 | J | | |
| 267.  -- CYTEC INDS | | | | | Sold (part) | 3/11 | J | | |
| 268.  -- CYTEC INDS | | | | | Sold | 9/12 | J | | |
| 269.  -- MERCK & CO | | | | | Buy (add'l) | 3/31 | J | | |
| 270.  -- MERCK & CO | | | | | Sold | 7/22 | J | | |
| 271.  -- S&P 500 SPDR | | | | | Sold (part) | 3/18 | J | | |
| 272.  -- S&P 500 SPDR | | | | | Buy (add'l) | 7/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -- S&P 500 SPDR | | | | | Buy (add'l) | 12/9 | J | | |
| 274. -- IMMUCOR INC | | | | | Sold | 3/31 | J | | |
| 275. -- APPLERA CORP | | | | | Sold (part) | 4/4 | J | | |
| 276. -- APPLERA CORP | | | | | Transferred (to line 277) | 7/2 | | | |
| 277. -- APPLIED BIOSYS | | | | | Transferred (from line 276) | 7/2 | | | |
| 278. -- APPLIED BIOSYS | | | | | Sold | 9/12 | J | | |
| 279. -- CHARLES RIV LABS INTL | | | | | Sold | 9/23 | J | | |
| 280. -- MATTEL INC | | - | | | Buy (add'l) | 3/24 | J | | |
| 281. -- MATTEL INC | | | | | Sold | 11/18 | J | | |
| 282. -- CARPENTER TECHNOLOGY | | | | | Sold | 6/5 | J | | |
| 283. -- WHITING PETE CORP | | | | | Buy (add'l) | 1/29 | J | | |
| 284. -- WHITING PETE CORP | | | | | Sold (part) | 4/15 | J | | |
| 285. -- WHITING PETE CORP | | | | | Sold | 8/15 | J | A | |
| 286. -- UCBH HLDGS | | | | | Sold | 3/19 | J | | |
| 287. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 2/28 | J | | |
| 288. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 7/30 | J | | |
| 289. -- RESEARCH IN MOTION | | | | | Sold (part) | 9/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 11/21 | J | | |
| 291.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 12/9 | J | | |
| 292.  -- WISCONSIN ENERGY CORP | | | | | Buy (add'l) | 1/29 | J | | |
| 293.  -- WISCONSIN ENERGY CORP | | | | | Sold | 9/18 | J | | |
| 294.  -- HOSPIRA INC | | | | | Sold | 10/23 | J | | |
| 295.  -- DRIL-QUIP INC | | | | | Buy | 1/10 | J | | |
| 296.  -- DRIL-QUIP INC | | | | | Buy (add'l) | 2/5 | J | | |
| 297.  -- DRIL-QUIP INC | | | | | Sold | 6/5 | J | | |
| 298.  -- UNIT CORP | | | | | Buy | 2/6 | J | | |
| 299.  -- UNIT CORP | | | | | Sold | 9/18 | J | | |
| 300.  -- BED BATH & BEYOND | | | | | Buy | 2/8 | J | | |
| 301.  -- BED BATH & BEYOND | | | | | Sold | 7/30 | J | | |
| 302.  -- AGCO | | | | | Buy | 2/14 | J | | |
| 303.  -- AGCO | | | | | Buy (add'l) | 3/31 | J | | |
| 304.  -- AGCO | | | | | Sold | 9/19 | J | | |
| 305.  -- CARTER INC | | | | | Buy | 2/25 | J | | |
| 306.  -- CARTER INC | | | | | Buy (add'l) | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -- CARTER INC | | | | | Sold | 9/18 | J | | |
| 308. -- HUNT JB TRANS SVCS | | | | | Buy | 3/26 | J | | |
| 309. -- HUNT JB TRANS SVCS | | | | | Buy (add'l) | 4/18 | J | | |
| 310. -- HUNT JB TRANS SVCS | | | | | Sold | 9/18 | J | | |
| 311. -- PROCTER & GAMBLE | | | | | Buy | 3/24 | J | | |
| 312. -- PROCTER & GAMBLE | | | | | Buy (add'l) | 7/30 | J | | |
| 313. -- AMERICAN EXPRESS | | | | | Buy | 4/9 | J | | |
| 314. -- NORDSTROM INC | | | | | Buy | 4/11 | J | | |
| 315. -- NORDSTROM INC | | | | | Sold | 11/18 | J | | |
| 316. -- ANNTAYLOR STORES | | | | | Buy | 4/21 | J | | |
| 317. -- ANNTAYLOR STORES | | | | | Sold | 9/18 | J | | |
| 318. -- IDEXX CORP | | | | | Buy | 5/7 | J | | |
| 319. -- IDEXX CORP | | | | | Buy (add'l) | 6/20 | J | | |
| 320. -- IDEXX CORP | | | | | Sold | 9/15 | J | | |
| 321. -- BIOMARIN PHARM | | | | | Buy | 5/8 | J | | |
| 322. -- BIOMARIN PHARM | | | | | Buy (add'l) | 5/23 | J | | |
| 323. -- BIOMARIN PHARM | | | | | Buy (add'l) | 6/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- BIOMARIN PHARM | | | | | Sold | 9/19 | J | | |
| 325. -- SPIRIT AEROSYSTEMS | | | | | Buy | 5/8 | J | | |
| 326. -- SPIRIT AEROSYSTEMS | | | | | Buy (add'l) | 5/23 | J | | |
| 327. -- SPIRIT AEROSYSTEMS | | | | | Sold | 9/12 | J | | |
| 328. -- WABTEC CORP | | | | | Buy | 5/9 | J | | |
| 329. -- WABTEC CORP | | | | | Sold | 9/18 | J | | |
| 330. -- CHESAPEAKE ENERGY | | | | | Buy | 5/12 | J | | |
| 331. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 6/18 | J | | |
| 332. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 7/30 | J | | |
| 333. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 11/5 | J | | |
| 334. -- ALPHA NAT RES | | | | | Buy | 6/3 | J | | |
| 335. -- ALPHA NAT RES | | | | | Sold | 9/16 | J | | |
| 336. -- PENN VA CORP | | | | | Buy | 6/6 | J | | |
| 337. -- PENN VA CORP | | | | | Sold | 9/16 | J | | |
| 338. -- GENZYME CORP | | | | | Buy | 6/27 | J | | |
| 339. -- GENZYME CORP | | | | | Buy (add'l) | 10/27 | J | | |
| 340. -- WATERS CORP | | | | | Buy | 6/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -- WATERS CORP | | | | | Buy (add'l) | 8/11 | J | | |
| 342. -- WATERS CORP | | | | | Sold | 9/23 | J | | |
| 343. -- WALT DISNEY CO | | | | | Buy | 8/4 | J | | |
| 344. -- STAPLES INC | | | | | Buy | 8/6 | J | | |
| 345. -- TEVA PHARMA | | | | | Buy | 8/18 | J | | |
| 346. -- EMC CORP MASS | | | | | Buy | 8/26 | J | | |
| 347. -- EMC CORP MASS | | | | | Buy (add'l) | 10/27 | J | | |
| 348. -- INTERNATIONAL PAPER | | | | | Buy | 9/10 | J | | |
| 349. -- INTERNATIONAL PAPER | | | | | Buy (add'l) | 10/21 | J | | |
| 350. -- INTERNATIONAL PAPER | | | | | Buy (add'l) | 12/9 | J | | |
| 351. -- LOWES COS | | | | | Buy | 10/1 | J | | |
| 352. -- LOWES COS | | | | | Buy (add'l) | 10/21 | J | | |
| 353. -- LOWES COS | | | | | Buy (add'l) | 11/5 | J | | |
| 354. -- SUNTRUST BKS | | | | | Buy | 11/5 | J | | |
| 355. -- SUNTRUST BKS | | | | | Buy (add'l) | 12/9 | J | | |
| 356. -- APPLIED MATERIALS | | | | | Buy | 12/18 | J | | |
| 357. -- FPL GROUP | | | | | Buy | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -- INTEL CORP | | | | | Buy | 12/24 | J | | |
| 359. -- KOHLS CORP | | | | | Buy | 12/26 | J | | |
| 360. | | | | | | | | | |
| 361. MUTUAL FUNDS/BONDS/T NOTES | | | | | | | | | |
| 362. -- SCUDDER LARGE COMPANY VALUE FD | | | | | Sold | 4/22 | M | | |
| 363. -- CITIBANK MDA SHORT TERM | | | | | | | | | |
| 364. -- OLD WESTBURY FDS | | | | | Buy (add'l) | 2/13 | J | | |
| 365. -- OLD WESTBURY FDS | | | | | Buy (add'l) | 4/15 | L | | |
| 366. -- OLD WESTBURY FDS | | | | | Sold (part) | 12/24 | L | | |
| 367. -- OLD WESTBURY FDS INTL | | | | | Buy | 2/13 | K | | |
| 368. -- OLD WESTBURY FDS INTL | | | | | Sold (part) | 12/24 | K | | |
| 369. -- SPOTSYLVANIA CNTY VA 5.0% 2/1/16 | | | | | | | | | |
| 370. -- VA COLLEGE BLD 5.0% 9/1/12 | | | | | | | | | |
| 371. -- MIDCAP SPDR TR | | | | | Sold (part) | 3/18 | J | | |
| 372. -- MIDCAP SPDR TR | | | | | Buy (add'l) | 4/18 | J | | |
| 373. -- MIDCAP SPDR TR | | | | | Sold | 9/23 | J | | |
| 374. -- FHLMC | | | | | Buy | 4/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -- FHLMC | | | | | Sold | 7/11 | J | | |
| 376. -- FHLB CONS DISC 11/12/08 | | | | | Buy | 9/19 | L | | |
| 377. -- FHLB CONS DISC 11/12/08 | | | | | Matured | 11/12 | L | | |
| 378. | | | | | | | | | |
| 379. | | | | | | | | | |
| 380. | | | | | | | | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |
| 383. | | | | | | | | | |
| 384. | | | | | | | | | |
| 385. | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. | | | | | | | | | |
| 388. | | | | | | | | | |
| 389. | | | | | | | | | |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. TRUST #3 AGGREGATE SEE NOTE P ART VIII | | None | L | T | | | | | |
| 393. COMMON STOCKS | | | | | | | | | |
| 394. -- JOHNSON & JOHNSON | | | | | | | | | |
| 395. -- EXCELSIOR BELNDED EQUITY | | | | | Sold | 4/10 | K | D | |
| 396. -- EXCELSIOR VALUE & RESTR FUND | | | | | Transferred (to line 397) | 3/31 | | | |
| 397. -- COLUMBIA VALUE & RESTR FUND | | | | | Transferred (from line 396) | 3/31 | | | |
| 398. -- CISCO SYS INC. | | | | | | | | | |
| 399. -- PNC TAX EXEMPT FUND | | | | | | | | | |
| 400. -- AMERICAN EXPRESS CO | | | | | Sold (part) | 9/19 | J | | |
| 401. -- MCDONALDS CORP | | | | | Sold (part) | 1/15 | J | A | |
| 402. -- MCDONALDS CORP | | | | | Sold | 1/29 | J | A | |
| 403. -- UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 2/28 | J | B | |
| 404. -- UNITED TECHNOLOGIES | | | | | Sold | 3/10 | J | A | |
| 405. -- WAL MART STORES | | | | | Buy (add'l) | 4/8 | J | | |
| 406. -- WAL MART STORES | | | | | Sold (part) | 10/21 | J | | |
| 407. -- MOTOROLA INC | | | | | Sold | 2/6 | J | | |
| 408. -- OLD WESTBURY FDS INC | | | | | Buy (add'l) | 2/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -- OLD WESTBURY FDS INC | | | | | Buy (add'l) | 4/9 | J | | |
| 410. -- MONSANTO CO/NEW | | | | | Buy (add'l) | 4/8 | J | | |
| 411. -- MONSANTO CO/NEW | | | | | Sold (part) | 1/17 | J | A | |
| 412. -- MONSANTO CO/NEW | | | | | Sold | 10/7 | J | | |
| 413. -- PG&E CORP | | | | | | | | | |
| 414. -- CELGENE CORP | | | | | Buy | 4/8 | J | | |
| 415. -- CELGENE CORP | | | | | Sold (part) | 7/18 | J | A | |
| 416. -- BRINKER INTL INC | | | | | Buy (add'l) | 1/29 | J | | |
| 417. -- BRINKER INTL INC | | | | | Sold | 7/24 | J | | |
| 418. -- MICROCHIP TECHNOLOGY | | | | | Sold | 1/29 | J | | |
| 419. -- TIFFANY & CO | | | | | Sold | 1/8 | J | | |
| 420. -- FEDERATED INVESTORES | | | | | Sold | 7/2 | J | | |
| 421. -- SEI INVESTMENT CO | | | | | Sold | 9/18 | J | | |
| 422. -- PEPSICO INC | | | | | Buy (add'l) | 4/8 | J | | |
| 423. -- PROTECTIVE LIFE CORP | | | | | Sold | 9/12 | J | | |
| 424. -- DOLLAR TREE STORES | | | | | Buy (add'l) | 1/14 | J | | |
| 425. -- DOLLAR TREE STORES | | | | | Sold (part) | 5/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -- DOLLAR TREE STORES | | | | | Sold | 9/23 | J | A | |
| 427. -- LAMAR ADVERTISING CO | | | | | Sold | 9/18 | J | | |
| 428. -- ALLEGHENY TECHNOLOGIES | | | | | Buy (add'l) | 4/8 | J | | |
| 429. -- ALLEGHENY TECHNOLOGIES | | | | | Sold | 8/1 | J | | |
| 430. -- SCHERING-PLOUGH | | | | | Sold | 1/17 | J | | |
| 431. -- WEATHERFORD INTL | | | | | Buy (add'l) | 4/8 | J | | |
| 432. -- WEATHERFORD INTL | | | | | Buy (add'l) | 11/5 | J | | |
| 433. -- DUN & BRADSTREET | | | | | Buy (add'l) | 3/24 | J | | |
| 434. -- DUN & BRADSTREET | | | | | Sold | 9/23 | J | | |
| 435. -- FEDEX CORP | | | | | Buy (add'l) | 4/8 | J | | |
| 436. -- FEDEX CORP | | | | | Sold | 10/28 | J | | |
| 437. -- CHOICEPOINT INC | | | | | Sold | 1/29 | J | | |
| 438. -- MCCORMICK & CO | | | | | Sold | 9/25 | J | | |
| 439. -- CITRIX SYSTEMS | | | | | Sold (part) | 1/29 | J | | |
| 440. -- CITRIX SYSTEMS | | | | | Sold (part) | 6/13 | J | | |
| 441. -- CITRIX SYSTEMS | | | | | Sold | 9/17 | J | | |
| 442. -- SCHWAB CHARLES CORP | | | | | Sold | 1/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -- QUANTA SERVICES | | | | | Buy (add'l) | 2/28 | J | | |
| 444. -- QUANTA SERVICES | | | | | Sold | 9/19 | J | A | |
| 445. -- STAPLES INC | | | | | Buy (add'l) | 4/8 | J | | |
| 446. -- STAPLES INC | | | | | Buy (add'l) | 8/6 | J | | |
| 447. -- STAPLES INC | | | | | Sold (part) | 2/5 | J | | |
| 448. -- FMC CORP NEW | | | | | Sold (part) | 2/13 | J | | |
| 449. -- FMC CORP NEW | | | | | Sold (part) | 4/15 | J | | |
| 450. -- FMC CORP NEW | | | | | Sold (part) | 6/5 | J | A | |
| 451. -- FMC CORP NEW | | | | | Sold | 9/19 | J | | |
| 452. -- TEXAS INSTRUMENTS | | | | | Buy (add'l) | 4/8 | J | | |
| 453. -- TEXAS INSTRUMENTS | | | | | Sold | 7/25 | J | | |
| 454. -- SHEIN HENRY INC | | | | | Sold | 9/18 | J | | |
| 455. -- BANK OF HAWAII CORP | | | | | Sold (part) | 2/8 | J | | |
| 456. -- BANK OF HAWAII CORP | | | | | Sold | 5/23 | J | | |
| 457. -- ANHEUSER BUSCH | | | | | Buy (add'l) | 4/8 | J | | |
| 458. -- ANHEUSER BUSCH | | | | | Sold (part) | 5/29 | J | A | |
| 459. -- ANHEUSER BUSCH | | | | | Sold (part) | 6/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -- ANHEUSER BUSCH | | | | | Sold | 7/11 | J | A | |
| 461. -- ADVANCE AUTO PARTS | | | | | Sold | 9/18 | J | | |
| 462. -- DPL INC | | | | | Sold | 9/12 | J | | |
| 463. -- SHAW GROUP INC | | | | | Sold | 1/29 | J | A | |
| 464. -- RF MICRO DEVICES INC | | | | | Sold | 1/30 | J | | |
| 465. -- ATHEROS COMMUNICATIONS | | | | | Sold | 9/22 | J | | |
| 466. -- BANK NEW YORK MELLON CORP | | | | | Buy (add'l) | 4/8 | J | | |
| 467. -- PRUDENTIAL FINANCIAL INC | | | | | Buy (add'l) | 3/28 | J | | |
| 468. -- PRUDENTIAL FINANCIAL INC | | | | | Buy (add'l) | 4/8 | J | | |
| 469. -- PRUDENTIAL FINANCIAL INC | | | | | Sold | 11/28 | J | | |
| 470. -- HEWLETT PACKARD CO | | | | | Sold | 1/30 | J | A | |
| 471. -- CORNING INC | | | | | Buy (add'l) | 4/8 | J | | |
| 472. -- CORNING INC | | | | | Sold (part) | 4/10 | J | | |
| 473. -- CORNING INC | | | | | Buy (add'l) | 11/6 | J | | |
| 474. -- EOG RESOURCES | | | | | Sold (part) | 2/13 | J | A | |
| 475. -- EOG RESOURCES | | | | | Sold (part) | 3/6 | J | A | |
| 476. -- EOG RESOURCES | | | | | Sold | 3/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -- HUDSON CITY BANCORP | | | | | Sold (part) | 4/4 | J | A | |
| 478. -- HUDSON CITY BANCORP | | | | | Sold (part) | 9/22 | J | A | |
| 479. -- THERMO FISHER SCIENTIFIC | | | | | Buy (add'l) | 4/8 | J | | |
| 480. -- ARCH COAL INC | | | | | Sold (part) | 2/6 | J | | |
| 481. -- ARCH COAL INC | | | | | Sold (part) | 3/17 | J | | |
| 482. -- ARCH COAL INC | | | | | Sold | 9/18 | J | | |
| 483. -- GLOBAL PAYMENTS INC | | | | | Sold (part) | 6/13 | J | | |
| 484. -- GLOBAL PAYMENTS INC | | | | | Sold | 9/22 | J | | |
| 485. -- DONNELLEY RR & SONS | | | | | Buy (add'l) | 4/8 | J | | |
| 486. -- DONNELLEY RR & SONS | | | | | Sold | 8/22 | J | | |
| 487. -- BED BATH & BEYOND | | | | | Buy (add'l) | 4/8 | J | | |
| 488. -- BED BATH & BEYOND | | | | | Sold | 7/30 | J | | |
| 489. -- VCA ANTECH INC | | | | | Sold | 7/24 | J | | |
| 490. -- RED HAT INC | | | | | Sold | 9/19 | J | | |
| 491. -- DRESSER RAND GROUP | | | | | Buy (add'l) | 3/31 | J | | |
| 492. -- DRESSER RAND GROUP | | | | | Sold (part) | 6/10 | J | | |
| 493. -- DRESSER RAND GROUP | | | | | Sold | 9/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -- FLOWSERVE CORP | | | | | Sold (part) | 3/6 | J | A | |
| 495. -- FLOWSERVE CORP | | | | | Sold | 4/15 | J | A | |
| 496. -- CAMERON INTERNATIONAL | | | | | Buy (add'l) | 2/11 | J | | |
| 497. -- CAMERON INTERNATIONAL | | | | | Buy (add'l) | 4/8 | J | | |
| 498. -- OLD WESTBURY INTL | | | | | | | | | |
| 499. -- UTI WORLDWIDE INC | | | | | Sold | 2/8 | J | | |
| 500. -- PFIZER INC | | | | | Buy (add'l) | 4/8 | J | | |
| 501. -- PFIZER INC | | | | | Sold | 6/5 | J | | |
| 502. -- MCDERMOTT INTL | | | | | Sold (part) | 4/10 | J | A | |
| 503. -- MCDERMOTT INTL | | | | | Sold | 10/6 | J | | |
| 504. -- SOUTHWEST AIRLINES | | | | | Buy (add'l) | 4/8 | J | | |
| 505. -- SOUTHWEST AIRLINES | | | | | Sold (part) | 8/14 | J | | |
| 506. -- SOUTHWEST AIRLINES | | | | | Sold | 11/18 | J | | |
| 507. -- CYTEC INDUSTRIES | | | | | Buy (add'l) | 1/29 | J | | |
| 508. -- CYTEC INDUSTRIES | | | | | Sold (part) | 3/11 | J | | |
| 509. -- CYTEC INDUSTRIES | | | | | Sold | 9/12 | J | | |
| 510. -- MERCK & CO | | | | | Buy (add'l) | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -- MERCK & CO | | | | | Buy (add'l) | 4/8 | J | | |
| 512. -- MERCK & CO | | | | | Sold | 7/22 | J | | |
| 513. -- SPDR TR | | | | | Sold (part) | 3/18 | J | | |
| 514. -- SPDR TR | | | | | Buy (add'l) | 7/30 | J | | |
| 515. -- SPDR TR | | | | | Buy (add'l) | 12/9 | J | | |
| 516. -- IMMUCOR INC | | | | | Sold | 3/31 | J | | |
| 517. -- APPLERA CORPS | | | | | Transferred (to line 518) | 7/2 | | | |
| 518. -- APPLIED BIOSYSTEMS | | | | | Transferred (from line 517) | 7/2 | | | |
| 519. -- APPLIED BIOSYSTEMS | | | | | Sold | 9/12 | J | | |
| 520. -- CHARLES RIV LABS | | | | | Sold | 9/23 | J | | |
| 521. -- MATTEL INC | | | | | Buy (add'l) | 3/24 | J | | |
| 522. -- MATTEL INC | | | | | Buy (add'l) | 4/8 | J | | |
| 523. -- MATTEL INC | | | | | Sold | 11/18 | J | | |
| 524. -- MIDCAP SPDR TR | | | | | Buy (add'l) | 4/18 | J | | |
| 525. -- MIDCAP SPDR TR | | | | | Sold (part) | 3/18 | J | | |
| 526. -- MIDCAP SPDR TR | | | | | Buy (add'l) | 7/17 | J | | |
| 527. -- MIDCAP SPDR TR | | | | | Sold | 9/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -- CARPENTER TECHNOLOGY | | | | | Sold | 6/5 | J | | |
| 529. -- WHITING PETROLEUM | | | | | Sold (part) | 4/15 | J | | |
| 530. -- WHITING PETROLEUM | | | | | Sold | 8/15 | J | | |
| 531. -- UCBH HOLDINGS | | | | | Sold | 3/19 | J | | |
| 532. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 2/28 | J | | |
| 533. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 4/8 | J | | |
| 534. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 7/30 | J | | |
| 535. -- RESEARCH IN MOTION | | | | | Sold (part) | 9/8 | J | | |
| 536. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 11/21 | J | | |
| 537. -- RESEARCH IN MOTION | | | | | Buy (add'l) | 12/9 | J | | |
| 538. -- WISCONSIN ENERGY | | | | | Buy (add'l) | 1/29 | J | | |
| 539. -- WISCONSIN ENERGY | | | | | Sold | 9/18 | J | | |
| 540. -- HOSPIRA INC | | | | | Buy (add'l) | 4/8 | J | | |
| 541. -- HOSPIRA INC | | | | | Sold | 10/23 | J | | |
| 542. -- DRILL-QUIP INC | | | | | Buy | 1/10 | J | | |
| 543. -- DRILL-QUIP INC | | | | | Buy (add'l) | 2/8 | J | | |
| 544. -- DRILL-QUIP INC | | | | | Sold | 6/4 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -- UNIT CORP | | | | | Buy | 2/6 | J | | |
| 546. -- UNIT CORP | | | | | Sold | 9/18 | J | | |
| 547. -- AGCO CORP | | | | | Buy | 2/14 | J | | |
| 548. -- AGCO CORP | | | | | Buy (add'l) | 3/31 | J | | |
| 549. -- AGCO CORP | | | | | Sold | 9/19 | J | | |
| 550. -- CARTER'S INC | | | | | Buy | 2/25 | J | | |
| 551. -- CARTER'S INC | | | | | Buy (add'l) | 3/28 | J | | |
| 552. -- CARTER'S INC | | | | | Sold | 9/18 | J | | |
| 553. -- PROCTER & GAMBLE | | | | | Buy | 3/24 | J | | |
| 554. -- PROCTER & GAMBLE | | | | | Buy (add'l) | 4/8 | J | | |
| 555. -- PROCTER & GAMBLE | | | | | Buy (add'l) | 7/30 | J | | |
| 556. -- HUNT JB TRANSPORT SVCS | | | | | Buy | 3/26 | J | | |
| 557. -- HUNT JB TRANSPORT SVCS | | | | | Buy (add'l) | 4/18 | J | | |
| 558. -- HUNT JB TRANSPORT SVCS | | | | | Sold | 9/18 | J | | |
| 559. -- DISNEY WALT CO | | | | | Buy | 4/8 | J | | |
| 560. -- DISNEY WALT CO | | | | | Buy (add'l) | 8/4 | J | | |
| 561. -- OLD WESTBURY GLOBAL OPPORTUNITY | | | | | Buy | 2/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -- OLD WESTBURY GLOBAL OPPORTUNITY | | | | | Buy (add'l) | 4/9 | J | | |
| 563. -- NORDSTROM INC | | | | | Buy | 4/9 | J | | |
| 564. -- NORDSTROM INC | | | | | Buy (add'l) | 4/11 | J | | |
| 565. -- NORDSTROM INC | | | | | Sold | 11/18 | J | | |
| 566. -- ANN TAYLOR STORES | | | | | Buy | 4/21 | J | | |
| 567. -- ANN TAYLOR STORES | | | | | Sold | 9/18 | J | | |
| 568. -- IDEXX CORP | | | | | Buy | 5/7 | J | | |
| 569. -- IDEXX CORP | | | | | Buy (add'l) | 6/20 | J | | |
| 570. -- IDEXX CORP | | | | | Sold | 9/15 | J | | |
| 571. -- BIOMARIN PHARM | | | | | Buy | 5/8 | J | | |
| 572. -- BIOMARIN PHARM | | | | | Buy (add'l) | 5/23 | J | | |
| 573. -- BIOMARIN PHARM | | | | | Buy (add'l) | 6/19 | J | | |
| 574. -- BIOMARIN PHARM | | | | | Sold | 9/19 | J | | |
| 575. -- SPIRIT AEROSYSTEMS HOLD | | | | | Buy | 5/8 | J | | |
| 576. -- SPIRIT AEROSYSTEMS HOLD | | | | | Buy (add'l) | 5/23 | J | | |
| 577. -- SPIRIT AEROSYSTEMS HOLD | | | | | Sold | 9/12 | J | | |
| 578. -- WABTEC CORP | | | | | Buy | 5/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -- WABTEC CORP | | | | | Buy (add'l) | 6/19 | J · | | |
| 580. -- WABTEC CORP | | | | | Sold | 9/18 | J | | |
| 581. -- CHESAPEAKE ENERGY | | | | | Buy | 5/12 | J | | |
| 582. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 6/18 | J | | |
| 583. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 7/30 | J | | |
| 584. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 11/5 | J | | |
| 585. -- ALPHA NAT RES | | | | | Buy | 6/3 | J | | |
| 586. -- ALPHA NAT RES | | | | | Sold | 9/16 | J | | |
| 587. -- PENN VIRGINIA CORP | | | | | Buy | 6/6 | J | | |
| 588. -- PENN VIRGINIA CORP | | | | | Sold | 9/16 | J | | |
| 589. -- WATERS CORP | | | | | Buy | 6/27 | J | | |
| 590. -- WATERS CORP | | | | | Buy (add'l) | 8/1 | J | | |
| 591. -- WATERS CORP | | | | | Sold | 9/23 | J | | |
| 592. -- GENZYME CORP | | | | | Buy | 6/27 | J | | |
| 593. -- GENZYME CORP | | | | | Buy (add'l) | 10/27 | J | | |
| 594. -- TEVA PHARM | | | | | Buy | 8/18 | J | | |
| 595. -- EMC CORP | | | | | Buy | 8/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -- EMC CORP | | | | | Buy (add'l) | 10/27 | J | | |
| 597. -- INTERNATIONAL PAPER | | | | | Buy | 9/10 | J | | |
| 598. -- INTERNATIONAL PAPER | | | | | Buy (add'l) | 10/21 | J | | |
| 599. -- INTERNATIONAL PAPER | | | | | Buy (add'l) | 12/9 | J | | |
| 600. -- LOWES COS | | | | | Buy | 10/1 | J | | |
| 601. -- LOWES COS | | | | | Buy (add'l) | 10/21 | J | | |
| 602. -- LOWES COS | | | | | Buy (add'l) | 11/5 | J | | |
| 603. -- SUNTRUST BANKS | | | | | Buy | 11/5 | J | | |
| 604. -- SUNTRUST BANKS | | | | | Buy (add'l) | 12/9 | J | | |
| 605. -- FPL GROUP | | | | | Buy | 12/19 | J | | |
| 606. -- INTEL CORP | | | | | Buy | 12/24 | J | | |
| 607. -- APPLIED MATERIALS | | | | | Buy | 12/18 | J | | |
| 608. -- KOHLS CORP | | | | | Buy | 12/26 | J | | |
| 609. | | | | | | | | | |
| 610. -- MUNICIPAL BONDS/TNOTES | | | | | | | | | |
| 611. -- UNIVERSITY VA 5% 6/01/15 | | | | | | | | | |
| 612. -- FNMA DISC 2/27/08 | | | | | Matured | 2/27 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -- FHLMC | | | | | Buy | 4/15 | J | | |
| 614. -- FHLMC | | | | | Sold | 7/11 | J | | |
| 615. | | | | | | | | | |
| 616. | | | | | | | | | |
| 617. | | | | | | | | | |
| 618. | | | | | | | | | |
| 619. | | | | | | | | | |
| 620. | | | | | | | | | |
| 621. | | | | | | | | | |
| 622. | | | | | | | | | |
| 623. | | | | | | | | | |
| 624. | | | | | | | | | |
| 625. | | | | | | | | | |
| 626. | | | | | | | | | |
| 627. | | | | | | | | | |
| 628. | | | | | | | | | |
| 629. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. TRUST #4 AGGREGATE SEE NOTE PART VIII | | None | L | T | | | | - | |
| 631. COMMON STOCKS | | | | | | | | | |
| 632. -- PNC GOVT FUND | | | | | | | | | |
| 633. -- UNILEVER NV | | | | | | | | | |
| 634. -- INGERSOLL RAND CO | | | | | | | | | |
| 635. -- NESTLE | | | | | | | | | |
| 636. -- EMERSON ELECTRIC | | | | | | | | | |
| 637. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 638. -- SCHLUMBERGER LTD | | | | | | | | | |
| 639. -- UNITED PARCEL SVC | | | | | | | | | |
| 640. -- AUTOMATIC DATA PROCESSING | | | | | Sold | 11/24 | J | | |
| 641. -- MICROSOFT CORP | | | | | | | | | |
| 642. -- WALT DISNEY CO. | | | | | | | | | |
| 643. -- PNC DIVERSIFIED REAL ESTATE | | | | | Sold | 4/28 | J | B | |
| 644. -- GENERAL MILLS INC | | | | | | | | | |
| 645. -- 3M CO | | | | | Sold | 4/28 | J | | |
| 646. -- VANGUARD INDEX TR SMALL CAP | | | | | Sold | 11/24 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -- NIKE INC CLASS B | | | | | | | | | |
| 648. -- CISCO SYSTEMS | | | | | Buy (add'l) | 5/1 | J | | |
| 649. -- GENZYME CORP | | | | | | | | | |
| 650. -- VANGUARD TOTAL INTL STOCK I NDX | | | | | Sold (part) | 5/1 | J | C | |
| 651. -- VANGUARD TOTAL INTL STOCK I NDX | | | | | Sold | 11/24 | K | | |
| 652. -- ISHARES TRUST S&P MIDCAP 400 | | | | | Sold | 12/1 | K | | |
| 653. -- ISHARES TRUST MSCI EAFE INDEX | | | | | Sold | 12/1 | J | | |
| 654. -- ORACLE CORP | | | | | | | | | |
| 655. -- AMPHENOL CORP | | | | | Buy | 11/24 | J | | |
| 656. -- IBM | | | | | Buy | 11/24 | J | | |
| 657. -- NORFOLK SOUTHERN CORP | | | | | Buy | 11/25 | J | | |
| 658. -- HARBOR FUND INTL | | | | | Buy | 12/1 | K | | |
| 659. -- MIDCAP SPDR TR | | | | | Buy | 12/8 | K | | |
| 660. -- TRANSOCEAN ORDINARY SHS | | | | | Buy | 11/24 | J | | |
| 661. -- ISHARES TR RUSSELL 2000 INDX | | | | | Buy | 12/15 | K | | |
| 662. | | | | | | | | | |
| 663. MUNICIPAL BONDS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -- HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 665. -- MD STATE CMNTY DEV 4.3% 4/1/09 | | | | | | | | | |
| 666. -- HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 667. -- AL WTR POLL 3.25% 8/15/13 | | | | | Buy | 1/31 | J | | |
| 668. | | | | | | | | | |
| 669. | | | | | | | | | |
| 670. | | | | | | | | | |
| 671. | | | | | | | | | |
| 672. | | | | | | | | | |
| 673. | | | | | | | | | |
| 674. | | | | | | | | | |
| 675. | | | | | | | | | |
| 676. | | | | | | | | | |
| 677. | | | | | | | | | |
| 678. | | | | | | | | | |
| 679. | | | | | | | | | |
| 680. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. TRUST #5 AGGREGATE SEE NOTE PART VIII | | None | M | T | | | | | |
| 682. COMMON STOCKS | | | | | | | | | |
| 683. -- TORCHMARK | | | | | | | | | |
| 684. -- JOHNSON & JOHNSON | | | | | | | | | |
| 685. -- GENERAL ELECTRIC CO | | | | | | | | | |
| 686. -- UNILEVER NV | | | | | | | | | |
| 687. -- INGERSOLL RAND | | | | | | | | | |
| 688. -- 3M CO. | | | | | Sold (part) | 4/28 | K | D | |
| 689. -- NESTLE | | | | | | | | | |
| 690. -- RPM INC. OHIO | | | | | | | | | |
| 691. -- EMERSON ELECTRIC CO. | | | | | | | | | |
| 692. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 693. -- SCHLUMBERGER LTD | | | | | | | | | |
| 694. -- UNITED PARCEL SVC | | | | | | | | | |
| 695. -- AUTOMATIC DATA PROCESSING INC | | | | | Sold | 11/24 | J | A | |
| 696. -- MICROSOFT CORP | | | | | | | | | |
| 697. -- WALT DISNEY CO. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -- PNC DIVERSIFIED REAL ESTATE | | | | | Sold | 4/28 | L | E | |
| 699. -- GENERAL MILLS INC | | | | | | | | | |
| 700. -- CISCO SYSTEMS | | | | | Buy (add'l) | 5/1 | K | | |
| 701. -- NIKE INC | | | | | | | | | |
| 702. -- VANGUARD TOTAL INTL STOCK INDEX | | | | | Sold (part) | 5/1 | K | D | |
| 703. -- VANGUARD TOTAL INTL STOCK INDEX | | | | | Sold | 11/24 | L | | |
| 704. -- VANGUARD INDEX TR SMALL CAP | | | | | Sold | 11/24 | K | | |
| 705. -- GENZYME CORP | | | | | | | | | |
| 706. -- ORACLE CORP | | | | | | | | | |
| 707. -- ARCHER DANIELS MIDLAND | | | | | Buy | 5/1 | K | | |
| 708. -- ARCHER DANIELS MIDLAND | | | | | Sold | 11/24 | K | | |
| 709. -- BECTON DICKINSON | | | | | Buy | 5/1 | K | | |
| 710. -- MCDONALDS CORP | | | | | Buy | 5/1 | K | | |
| 711. -- JP MORGAN LARGE CAP | | | | | Buy | 5/12 | K | | |
| 712. -- TRANSOCEAN ORDINARY SHS | | | | | Buy | 11/24 | K | | |
| 713. -- AMPHENOL CORP | | | | | Buy | 11/24 | J | | |
| 714. -- IBM | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -- NORFOLK SOUTHERN | | | | | Buy | 11/25 | K | | |
| 716. -- HARBOR FUND INTL | | | | | Buy | 12/1 | M | | |
| 717. -- MIDCAP SPDR TR | | | | | Buy | 12/8 | M | | |
| 718. -- ISHARES TR RUSSELL 2000 INDX | | | | | Buy | 12/15 | L | | |
| 719. | | | | | | | | | |
| 720. MUTUAL FUNDS/T-NOTES/BONDS | | | | | | | | | |
| 721. -- PNC GOVT FUND | | | | | | | | | |
| 722. -- BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |
| 723. -- HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 724. -- HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 725. -- MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | Redeemed | 11/26 | K | | |
| 726. -- ISHARES TRUST S&P MIDCAP 400 | | | | | Sold | 12/1 | M | | |
| 727. -- ISHARES TRUST EAFE INDEX FUND | | | | | Sold | 12/1 | K | | |
| 728. -- HALEYVILLE AL 4% 9/1/14 | | | | | | | | | |
| 729. -- US T NTS 4.875% 4/30/08 | | | | | Matured | 4/30 | K | | |
| 730. -- ALA WTR POLL 3.25% 8/15/13 | | | | | Buy | 1/31 | K | | |
| 731. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. TRUST #6 AGGREGATE SEE NOTE PART VIII | | None | N | T | | | | | |
| 733. COMMON STOCKS | | | | | | | | | |
| 734. -- PEPSICO INC. | | | | | | | | | |
| 735. -- JOHNSON & JOHNSON | | | | | | | | | |
| 736. -- SCHERING PLOUGH | | | | | Sold | 7/23 | L | F | |
| 737. -- BERKSHIRE HATHAWAY, INC. | | . | | | | | | | |
| 738. -- BP AMOCO | | | | | | | | | |
| 739. -- WALT DISNEY CO. | | | | | | | | | |
| 740. -- BRISTOL MYERS SQUIBB | | | | | | | | | |
| 741. -- GENERAL ELECTRIC | | | | | Sold | 9/15 | M | F | |
| 742. -- ROYAL DUTCH SHELL | | | | | | | | | |
| 743. -- PNC TAX EXEMPT FUND | | | | | | | | | |
| 744. -- AMERICAN EXPRESS CO | | | | | Buy (add'l) | 4/9 | J | | |
| 745. -- AMERICAN EXPRESS CO | | | | | Sold (part) | 9/19 | J | | |
| 746. -- AMERICAN EXPRESS CO | | | | | Sold | 12/23 | J | | |
| 747. -- CISCO SYS INC | | | | | | | | | |
| 748. -- MCDONALDS CORP | | | | | Sold (part) | 1/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -- MCDONALDS CORP | | | | | Sold | 1/29 | J | C | |
| 750. -- BANK NEW YORK MELLON | | | | | | | | | |
| 751. -- UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 2/28 | K | D | |
| 752. -- UNITED TECHNOLOGIES | | | | | Sold | 3/10 | J | C | |
| 753. -- WAL MART STORES | | | | | Sold (part) | 10/21 | J | A | |
| 754. -- MOTOROLA INC | | | | | Sold | 2/6 | K | | |
| 755. -- MONSANTO CO/NEW | | | | | Sold (part) | 1/17 | J | C | |
| 756. -- MONSANTO CO/NEW | | | | | Sold | 10/7 | J | D | |
| 757. -- PG&E CORP | | | | | | | | | |
| 758. -- DOLLAR TREE STORES | | | | | Buy (add'l) | 1/14 | J | | |
| 759. -- DOLLAR TREE STORES | | | | | Buy (add'l) | 1/29 | J | | |
| 760. -- DOLLAR TREE STORES | | | | | Sold (part) | 5/5 | J | A | |
| 761. -- DOLLAR TREE STORES | | | | | Sold | 9/23 | J | B | |
| 762. -- FEDERATED INVESTORES | | | | | Sold | 7/2 | J | A | |
| 763. -- ALLEGHENY TECHNOLOGIES INC | | | | | Sold | 8/1 | J | | |
| 764. -- CELGENE CORP | | | | | Sold (part) | 7/18 | J | C | |
| 765. -- BRINKER INTL INC | | | | | Buy (add'l) | 1/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -- BRINKER INTL INC | | | | | Sold | 7/24 | J | | |
| 767. -- THERMO FISHER SCIENTIFIC | | | | | Buy (add'l) | 10/27 | J | | |
| 768. -- LAMAR ADVERTISING CO | | | | | Sold | 9/18 | J | | |
| 769. -- PROTECTIVE LIFE CORP | | | | | Sold | 9/12 | J | | |
| 770. -- SEI INVESTMENTS CO | | | | | Sold | 9/18 | J | | |
| 771. -- MICROCHIP TECHNOLOGY | | | | | Sold | 1/29 | J | | |
| 772. -- TIFFANY & CO | | | | | Sold | 1/8 | J | A | |
| 773. -- WEATHERFORD INTL LTD | | | | | Buy (add'l) | 11/5 | J | | |
| 774. -- WEATHERFORD INTL LTD | | | | | Buy (add'l) | 12/18 | J | | |
| 775. -- DUN & BRADSTREET | | | | | Buy | 3/24 | J | | |
| 776. -- DUN & BRADSTREET | | | | | Sold | 9/23 | J | B | |
| 777. -- CHOICEPOINT INC | | | | | Sold | 1/29 | J | | |
| 778. -- FEDEX CORP | | | | | Sold | 10/28 | J | | |
| 779. -- MCCORMICK & CO INC | | | | | Sold | 9/25 | J | A | |
| 780. -- CITRIX SYSTEMS INC | | | | | Sold (part) | 1/29 | J | | |
| 781. -- CITRIX SYSTEMS INC | | | | | Sold (part) | 6/13 | J | | |
| 782. -- CITRIX SYSTEMS INC | | | | | Sold | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -- SCHWAB CHARLES CORP | | | | | Sold | 1/9 | J | B | |
| 784. -- QUANTA SERVICES INC | | | | | Buy (add'l) | 2/28 | J | | |
| 785. -- QUANTA SERVICES INC | | | | | Sold | 9/19 | J | B | |
| 786. -- STAPLES INC | | | | | Buy (add'l) | 8/6 | J | | |
| 787. -- STAPLES INC | | | | | Sold (part) | 2/5 | J | | |
| 788. -- FMC CORP NEW | | | | | Sold (part) | 2/13 | J | A | |
| 789. -- FMC CORP NEW | | | | | Sold (part) | 4/15 | J | A | |
| 790. -- FMC CORP NEW | | | | | Sold (part) | 6/5 | J | A | |
| 791. -- FMC CORP NEW | | | | | Sold | 9/19 | J | B | |
| 792. -- TEXAS INSTRUMENTS INC | | | | | Sold | 7/25 | J | | |
| 793. -- SHEIN HENRY INC | | | | | Sold | 9/18 | J | A | |
| 794. -- BANK OF HAWAII CORP | | | | | Sold (part) | 2/8 | J | | |
| 795. -- BANK OF HAWAII CORP | | | | | Sold (part) | 5/23 | J | | |
| 796. -- ANHEUSER BUSCH | | | | | Sold (part) | 5/29 | J | A | |
| 797. -- ANHEUSER BUSCH | | | | | Sold (part) | 6/13 | J | A | |
| 798. -- ANHEUSER BUSCH | | | | | Sold | 7/11 | J | B | |
| 799. -- ADVANCE AUTO PARTS | | | | | Sold | 9/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -- DPL INC | | | | | Sold | 9/12 | J | | |
| 801. -- SHAW GROUP INC | | | | | Sold | 1/29 | J | B | |
| 802. -- RF MICRO DEVICES | | | | | Sold | 1/30 | J | | |
| 803. -- ATHEROS COMMUNICATION | | | | | Sold | 9/22 | J | A | |
| 804. -- PRUDENTIAL FINANCIAL | | | | | Buy (add'l) | 3/31 | J | | |
| 805. -- PRUDENTIAL FINANCIAL | | | | | Sold | 11/28 | J | | |
| 806. -- HEWLETT PACKARD | | | | | Sold | 1/30 | K | B | |
| 807. -- CORNING INC | | | | | Buy (add'l) | 11/6 | J | | |
| 808. -- CORNING INC | | | | | Sold (part) | 4/10 | J | | |
| 809. -- CORNING INC | | | | | Sold | 12/23 | J | | |
| 810. -- EOG RESOURCES | | | | | Sold (part) | 2/13 | J | B | |
| 811. -- E0G RESOURCES | | | | | Sold (part) | 3/6 | J | B | |
| 812. -- EOG RESOURCES | | | | | Sold | 3/24 | J | C | |
| 813. -- HUDSON CITY BANCORP | | | | | Sold (part) | 4/4 | J | B | |
| 814. -- HUDSON CITY BANCORP | | | | | Sold (part) | 8/22 | J | B | |
| 815. -- HUDSON CITY BANCORP | | | | | Sold (part) | 9/22 | J | B | |
| 816. -- ARCH COAL INC | | | | | Sold (part) | 2/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -- ARCH COAL INC | | | | | Sold (part) | 3/17 | J | | |
| 818. -- ARCH COAL INC | | | | | Sold (part) | 5/2 | J | A | |
| 819. -- ARCH COAL INC | | | | | Sold | 9/18 | J | | |
| 820. -- GLOBAL PAYMENTS INC | | | | | Sold (part) | 6/13 | J | | |
| 821. -- GLOBAL PAYMENTS INC | | | | | Sold | 9/22 | J | | |
| 822. -- DONNELLEY RR & SONS | | | | | Sold | 8/22 | J | | |
| 823. -- BED BATH & BEYOND | | | | | Buy (add'l) | 2/7 | J | | |
| 824. -- BED BATH & BEYOND | | | | | Sold | 7/30 | J | | |
| 825. -- VCA ANTECH INC | | | | | Sold | 7/24 | J | | |
| 826. -- FLOWSERVE CORP | | | | | Sold (part) | 2/5 | J | A | |
| 827. -- FLOWSERVE CORP | | | | | Sold (part) | 3/6 | J | A | |
| 828. -- FLOWSERVE CORP | | | | | Sold (part) | 4/2 | J | A | |
| 829. -- FLOWSERVE CORP | | | | | Sold (part) | 4/15 | J | A | |
| 830. -- FLOWSERVE CORP | | | | | Sold | 6/5 | J | A | |
| 831. -- RED HAT INC | | | | | Sold | 9/19 | J | | |
| 832. -- DRESSER-RAND GROUP | | | | | Buy (add'l) | 3/31 | J | | |
| 833. -- DRESSER-RAND GROUP | | | | | Sold (part) | 6/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -- DRESSER-RAND GROUP | | | | | Sold | 9/22 | J | A | |
| 835. -- CAMERON INTL | | | | | Buy (add'l) | 2/6 | J | | |
| 836. -- UTI WORLDWIDE | | | | | Sold | 2/8 | J | | |
| 837. -- PFIZER INC | | | | | Sold | 6/5 | J | | |
| 838. -- MCDERMOTT INTL | | | | | Sold (part) | 4/10 | J | B | |
| 839. -- MCDERMOTT INTL | | | | | Sold | 10/6 | J | | |
| 840. -- SOUTHWEST AIRLINES | | | | | Sold (part) | 8/14 | J | | |
| 841. -- SOUTHWEST AIRLINES | | | | | Sold | 11/18 | J | | |
| 842. -- CYTEC INDUSTRIES | | | | | Buy (add'l) | 1/29 | J | | |
| 843. -- CYTEC INDUSTRIES | | | | | Sold (part) | 3/11 | J | | |
| 844. -- CYTEC INDUSTRIES | | | | | Sold | 9/12 | J | | |
| 845. -- MERCK & CO | | | | | Buy (add'l) | 3/31 | J | | |
| 846. -- MERCK & CO | | | | | Sold | 7/22 | J | | |
| 847. -- IMMUCOR INC | | | | | Sold | 3/31 | J | | |
| 848. -- APPLERA CORP | | | | | Sold (part) | 4/4 | J | | |
| 849. -- APPLERA CORP | | | | | Transferred (to line 849) | 7/2 | | | |
| 850. -- APPLIED BIOSYS | | | | | Transferred (from line 848) | 7/2 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -- APPLIED BIOSYS | | | | | Sold | 9/12 | J | | |
| 852.  -- CHARLES RIV LABS INTL | | | | | Sold | 9/23 | J | | |
| 853.  -- MATTEL INC | | | | | Buy (add'l) | 3/24 | J | | |
| 854.  -- MATTEL INC | | | | | Sold | 11/18 | J | | |
| 855.  -- CARPENTER TECH | | | | | Sold (part) | 3/10 | J | | |
| 856.  -- CARPENTER TECH | | | | | Sold | 6/5 | J | | |
| 857.  -- WHITING PETROLEUM | | | | | Buy (add'l) | 1/29 | J | | |
| 858.  -- WHITING PETROLEUM | | | | | Sold (part) | 4/15 | J | A | |
| 859.  -- WHITING PETROLEUM | | | | | Sold | 8/15 | J | A | |
| 860.  -- UCBH HLDGS | | | | | Sold | 3/19 | J | | |
| 861.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 2/28 | J | | |
| 862.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 7/30 | J | | |
| 863.  -- RESEARCH IN MOTION | | | | | Sold (part) | 9/8 | J | | |
| 864.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 11/21 | J | | |
| 865.  -- RESEARCH IN MOTION | | | | | Buy (add'l) | 12/9 | J | | |
| 866.  -- WISCONSIN ENERGY | | | | | Buy (add'l) | 1/29 | J | | |
| 867.  -- WISCONSIN ENERGY | | | | | Sold | 9/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -- HOSPIRA INC | | | | | Sold | 10/23 | J | | |
| 869. -- DRILL-QUIP INC | | | | | Buy | 1/10 | J | | |
| 870. -- DRILL-QUIP INC | | | | | Buy (add'l) | 2/5 | J | | |
| 871. -- DRILL-QUIP INC | | | | | Sold | 6/4 | J | | |
| 872. -- UNIT CORP | | | | | Buy | 2/6 | J | | |
| 873. -- UNIT CORP | | | | | Buy (add'l) | 3/31 | J | | |
| 874. -- UNIT CORP | | | | | Sold (part) | 6/26 | J | A | |
| 875. -- UNIT CORP | | | | | Sold | 9/18 | J | | |
| 876. -- OLD WESTBURY GLOBAL OPP | | | | | Buy | 2/11 | L | | |
| 877. -- OLD WESTBURY GLOBAL OPP | | | | | Buy (add'l) | 4/9 | L | | |
| 878. -- OLD WESTBURY GLOBAL OPP | | | | | Sold (part) | 12/24 | K | | |
| 879. -- AGCO CORP | | | | | Buy | 2/14 | J | | |
| 880. -- AGCO CORP | | | | | Buy (add'l) | 3/31 | J | | |
| 881. -- AGCO CORP | | | | | Sold | 9/19 | J | | |
| 882. -- CARTER'S INC | | | | | Buy | 2/25 | J | | |
| 883. -- CARTER'S INC | | | | | Buy (add'l) | 3/28 | J | | |
| 884. -- CARTER'S INC | | | | | Sold | 9/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -- PROCTER & GAMBLE | | | | | Buy | 3/24 | J | | |
| 886. -- PROCTER & GAMBLE | | | | | Buy (add'l) | 7/30 | J | | |
| 887. -- HUNT JB TRANSPORT SVCS | | | | | Buy | 3/26 | J | | |
| 888. -- HUNT JB TRANSPORT SVCS | | | | | Buy (add'l) | 4/18 | J | | |
| 889. -- HUNT JB TRANSPORT SVCS | | | | | Sold | 9/18 | J | A | |
| 890. -- NORDSTROM INC | | | | | Buy | 4/11 | J | | |
| 891. -- NORDSTROM INC | | | | | Sold | 11/18 | J | | |
| 892. -- ANN TAYLOR STORES | | | | | Buy | 4/21 | J | | |
| 893. -- ANN TAYLOR STORES | | | | | Sold | 9/18 | J | | |
| 894. -- IDEXX CORP | | | | | Buy | 5/7 | J | | |
| 895. -- IDEXX CORP | | | | | Buy (add'l) | 6/20 | J | | |
| 896. -- IDEXX CORP | | | | | Sold | 9/15 | J | | |
| 897. -- BIOMARIN PHARM | | | | | Buy | 5/8 | J | | |
| 898. -- BIOMARIN PHARM | | | | | Buy (add'l) | 5/23 | J | | |
| 899. -- BIOMARIN PHARM | | | | | Buy (add'l) | 6/19 | J | | |
| 900. -- BIOMARIN PHARM | | | | | Sold | 9/19 | J | | |
| 901. -- SPIRIT AEROSYSTEMS | | | | | Buy | 5/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -- SPIRIT AEROSYSTEMS | | | . | | Buy (add'l) | 5/23 | J | | |
| 903. -- SPIRIT AEROSYSTEMS | | | | | Sold | 9/12 | J | | |
| 904. -- WABTEC CORP | | | | | Buy | 5/9 | J | | |
| 905. -- WABTEC CORP | | | | | Buy (add'l) | 6/19 | J | | |
| 906. -- WABTEC CORP | | | | | Sold | 9/18 | J | A | |
| 907. -- CHESAPEAKE ENERGY | | | | | Buy | 5/12 | J | | |
| 908. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 6/18 | J | | |
| 909. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 7/30 | J | | |
| 910. -- CHESAPEAKE ENERGY | | | | | Buy (add'l) | 11/5 | J | | . |
| 911. -- ALPHA NAT RES | | | | | Buy | 6/3 | J | | |
| 912. -- ALPHA NAT RES | | | | | Sold | 9/16 | J | | |
| 913. -- PENN VIRGINIA CORP | | | | | Buy | 6/6 | J | | |
| 914. -- PENN VIRGINIA CORP | | | | | Sold | 9/16 | J | | |
| 915. -- GENZYME CORP | | | | | Buy | 6/27 | J | | |
| 916. -- GENZYME CORP | | | | | Buy (add'l) | 10/27 | J | | |
| 917. -- WATERS CORP | | | | | Buy | 6/27 | J | | |
| 918. -- WATERS CORP | | | | | Buy (add'l) | 8/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -- WATERS CORP | | | | | Sold | 9/23 | J | | |
| 920. -- TEVA PHARMS | | | | | Buy | 8/18 | J | | |
| 921. -- EMC CORP | | | | | Buy | 8/26 | J | | |
| 922. -- EMC CORP | | | | | Buy (add'l) | 10/27 | J | | |
| 923. -- INTL PAPER CO | | | | | Buy | 9/10 | J | | |
| 924. -- INTL PAPER CO | | | | | Buy (add'l) | 10/21 | J | | |
| 925. -- INTL PAPER CO | | | | | Buy (add'l) | 12/9 | J | | |
| 926. -- LOWES COS | | | | | Buy | 10/1 | J | | |
| 927. -- LOWES COS | | | | | Buy (add'l) | 10/21 | J | | |
| 928. -- LOWES COS | | | | | Buy (add'l) | 11/5 | J | | |
| 929. -- SUNTRUST BANKS | | | | | Buy | 11/5 | J | | |
| 930. -- SUNTRUST BANKS | | | | | Buy (add'l) | 12/9 | J | | |
| 931. -- APPLIED MATERIALS | | | | | Buy | 12/18 | J | | |
| 932. -- FPL GROUP INC | | | | | Buy | 12/19 | J | | |
| 933. -- INTEL CORP | | | | | Buy | 12/24 | J | | |
| 934. -- KOHLS CORP | | | | | Buy | 12/26 | J | | |
| 935. BONDS/MUTUAL FUNDS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -- NEWPORT NEWS VA 5% 7/15/15 | | | | | | | | | |
| 937. -- OLD WESTBURY FDS INTL | | | | | Sold (part) | 12/24 | L | | |
| 938. -- SPOTSYLVANIA CO VA 5% 2/1/16 | | | | | | | | | |
| 939. -- RICHMOND VA PUB IMPT 5% 7/15/17 | | | | | | | | | |
| 940. -- ARLINGTON VA 5% 3/15/13 | | | | | | | | | |
| 941. -- VA COLL BLDG 5% 9/1/15 | | | | | | | | | |
| 942. -- HENRICO CNTY VA 5% 12/1/16 | | | | | | | | | |
| 943. -- VA BEACH 5% 9/15/14 | | | | | | | | | |
| 944. -- SPDR TR UNIT SER 1 | | | | | Buy (add'l) | 7/30 | J | | |
| 945. -- SPDR TR UNIT SER 1 | | | | | Buy (add'l) | 12/9 | J | | |
| 946. -- SPDR TR UNIT SER 1 | | | | | Sold (part) | 3/18 | J | | |
| 947. -- OLD WESTBURY REAL RETURN | | | | | Buy (add'l) | 2/11 | L | | |
| 948. -- OLD WESTBURY REAL RETURN | | | | | Buy (add'l) | 4/9 | K | | |
| 949. -- OLD WESTBURY REAL RETURN | | | | | Sold (part) | 12/24 | L | | |
| 950. -- MIDCAP SPDR TR | | | | | Buy (add'l) | 4/18 | J | | |
| 951. -- MIDCAP SPDR TR | | | | | Sold (part) | 3/18 | J | | |
| 952. -- MIDCAP SPDR TR | | | | | Sold | 9/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -- FHLMC | | | | | Buy | 4/15 | J | | |
| 954. -- FHLMC | | | | | Sold | 7/11 | J | | |
| 955. | | | | | | | | | |
| 956. | | | | | | | | | |
| 957. | | | | | | | | | |
| 958. | | | | | | | | | |
| 959. | | | | | | | | | |
| 960. | | | | | | | | | |
| 961. | | | | | | | | | |
| 962. | | | | | | | | | |
| 963. | | | | | | | | | |
| 964. | | | | | | | | | |
| 965. | | | | | | | | | |
| 966. | | | | | | | | | |
| 967. | | | | | | | | | |
| 968. | | | | | | | | | |
| 969. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. TRUST #7 AGGREGATE SEE NOTE PART VIII | | None | N | T | | | | | |
| 971. COMMON STOCKS | | | | | | | | | |
| 972. -- REGIONS FINANCIAL CORP | | | | | | | | | |
| 973. -- DOW CHEMICAL | | | | | | | | | |
| 974. -- UNILEVER NEW YORK SHS NEW | | | | | | | | | |
| 975. -- INGERSOLL RAND | | | | | | | | | |
| 976. -- 3M CO | | | | | Sold (part) | 4/28 | K | E | |
| 977. -- INTEL | | | | | | | | | |
| 978. -- NESTLE | | | | | | | | | |
| 979. -- RPM INC. OHIO | | | | | | | | | |
| 980. -- EMERSON ELECTRIC | | | | | | | | | |
| 981. -- UNITED PARCEL SVC | | | | | | | | | |
| 982. -- ILLINOIS TOOL WORKS | | | | | | | | | |
| 983. -- SCHLUMBERGER LTD | | | | | | | | | |
| 984. -- AUTOMATIC DATA PROCESSING INC | | | | | Sold | 11/24 | K | A | |
| 985. -- MICROSOFT CORP | | | | | | | | | |
| 986. -- WALT DISNEY CO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -- GENERAL MILLS | | | | | | | | | |
| 988. -- NIKE INC | | | | | | | | | |
| 989. -- CISCO SYSTEMS | | | | | Buy (add'l) | 5/1 | K | | |
| 990. -- GENZYME CORP | | | | | | | | | |
| 991. -- ORACLE | | | | | | | | | |
| 992. -- ARCHER DANIELS MIDLAND | | | | | Buy | 5/1 | L | | |
| 993. -- ARCHER DANIELS MIDLAND | | | | | Sold | 11/24 | L | | |
| 994. -- BECTON DICKINSON | | | | | Buy | 5/1 | L | | |
| 995. -- MCDONALDS CORP | | | | | Buy | 5/1 | L | | |
| 996. -- TRANSOCEAN ORDINARY SHS | | | | | Buy | 11/24 | K | | |
| 997. -- AMPHENOL CORP | | | | | Buy | 11/24 | K | | |
| 998. -- IBM | | | | | Buy | 11/24 | K | | |
| 999. -- NORFOLK SOUTHERN | | | | | Buy | 11/25 | K | | |
| 1000. -- HARBOR FUND INTL | | | | | Buy | 12/1 | N | | |
| 1001. | | | | | | | | | |
| 1002. MUNICIPAL BONDS | | | | | | | | | |
| 1003. -- BALTIMORE MD PORT FACS 6.5% 12/1/10 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -- HOWARD CNTY MD 4.25% 2/15/09 | | | | | | | | | |
| 1005. -- STOUGHTON WISC AREA SCHOOL 4.625% 4/1/13 | | | | | | | | | |
| 1006. -- HARFORD CNTY MD 4.25% 1/15/09 | | | | | | | | | |
| 1007. -- MD ST HEALTH & HIGHER 6.0% 7/1/09 | | | | | | | | | |
| 1008. -- BALTIMORE CNTY MD 4.75% 7/1/15 | | | | | Redeemed (part) | 7/1 | K | | |
| 1009. -- MONTGOMERY AL SPL CARE FACS 3.47% 12/1/30 | | | | | Sold | 11/26 | M | | |
| 1010. -- AL WTR POLL 3.25% 8/15/13 | | | | | Buy | 1/31 | L | | |
| 1011. | | | | | | | | | |
| 1012. MUTUAL FUNDS/T-NOTES | | | | | | | | | |
| 1013. -- PNC GOVT FUND | | | | | | | | | |
| 1014. -- PNC DIVERSIFIED REAL ESTATE | | | | | Sold | 4/28 | M | E | |
| 1015. -- VANGUARD TOTAL INTL STOCK I -. NDEX FND | | | | | Sold (part) | 5/1 | M | E | |
| 1016. -- VANGUARD TOTAL INTL STOCK I NDEX | | | | | Sold | 11/24 | N | | |
| 1017. -- VANGUARD INDEX TR SMALL CAP STOCK FND | | | | | Sold | 11/24 | M | | |
| 1018. -- ISHARES TRUST S&P MID-CAP 400 INDEX | | | | | Sold | 12/1 | M | | |
| 1019. -- ISHARES TRUST MSCI EAFE INDEX | | | | | Sold | 12/1 | M | | |
| 1020. -- US T NTS 4.875% 4/30/08 | | | | | Matured | 4/30 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -- MIDCAP SPDR UNIT SER | | | | | Buy | 12/8 | N | | |
| 1022. -- ISHARES TRUST RUSSELL 2000 | | | | | Buy | 12/15 | M | | |
| 1023. -- JP MORGAN LARGE CAP CORE PLUS | | | | | Buy | 5/12 | L | | |
| 1024. | | | | | | | | | |
| 1025. | | | | | | | | | |
| 1026. | | | | | | | | | |
| 1027. | | | | | | | | | |
| 1028. | | | | | | | | | |
| 1029. | | | | | | | | | |
| 1030. | | | | | | | | | |
| 1031. | | | | | | | | | |
| 1032. | | | | | | | | | |
| 1033. | | | | | | | | | |
| 1034. | | | | | | | | | |
| 1035. | | | | | | | | | |
| 1036. | | | | | | | | | |
| 1037. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. TRUSTS #8-11 AGGREGATE SEE NOTE PART VIII | E | Int./Div. | J | T | | | | | |
| 1039. -- SEI DAILY INCOME TRUST FUND | | | | | | | | | |
| 1040. -- FED FARM CR BK 4.5% 9/1/10 | | | | | Redeemed | 2/1 | K | | |
| 1041. -- FED HOME LN BK 3.2% 3/3/08 | | | | | Matured | 3/3 | K | | |
| 1042. -- FED FARM CR BK 3.65% 6/2/08 | | | | | Redeemed | 2/1 | K | | |
| 1043. -- FED HOME LN BK 5.125% 2/7/13 | | | | | Redeemed | 2/5 | L | | |
| 1044. -- FED HOME LN BK 4.29% 12/23/09 | | | | | | | | | |
| 1045. -- FED HOME LN BK 4% 9/29/08 | | | | | Redeemed | 2/1 | K | | |
| 1046. -- FED HOME LN BK 5.25% 10/23/09 | | | | | Redeemed | 4/23 | K | | |
| 1047. -- FHLB 5.2% 5/14/12 | | | | | | | | | |
| 1048. -- FHLB 5.2% 5/21/12 | | | | | | | | | |
| 1049. -- FHLB 5.2% 10/9/12 | | | | | Redeemed | 10/9 | K | | |
| 1050. -- FHLB 3.05% 10/15/10 | | | | | Buy | 4/15 | L | | |
| 1051. -- FHLMC MTN 5.0% 6/26/13 | | | | | Buy | 6/30 | K | | |
| 1052. -- FHLMC MTN 5.0% 6/26/13 | | | | | Sold | 12/26 | K | | |
| 1053. | | | | | | | | | |
| 1054. COMMON STOCKS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -- IDEXX CORP | | | | | | | | | |
| 1056. -- KIMCO REALTY CORP | | | | | | | | | |
| 1057. -- MCCORMICK & CO | | | | | | | | | |
| 1058. -- AUTOMATIC DATA PROCESSING | | | | | Sold | 1/4 | J | A | |
| 1059. -- VORNADO RLTY TR | | | | | Sold | 4/9 | J | C | |
| 1060. -- EXPEDITORS INTL WASH INC | | | | | | | | | |
| 1061. -- LOWES COS INC | | | | | Sold | 1/4 | J | | |
| 1062. -- OMNICOM GROUP INC | | | | | Sold | 1/9 | J | C | |
| 1063. -- 3M CO | | | | | Sold (part) | 9/11 | J | | |
| 1064. -- 3M CO | | | | | Sold (part) | 10/2 | J | | |
| 1065. -- EMERSON ELEC CO | | | | | | | | | |
| 1066. -- FISERV INC | | | | | Sold (part) | 6/27 | J | B | |
| 1067. -- ZIMMER HOLDINGS INC COM | | | | | Sold (part) | 10/10 | J | A | |
| 1068. -- STRYKER CORP | | | | | Sold (part) | 10/7 | J | | |
| 1069. -- BECTON DICKENSON & CO | | | | | | | | | |
| 1070. -- CLARCOR INC | | | | | | | | | |
| 1071. -- C H ROBINSON WORLDWIDE INC | | | | | Buy (add'l) | 4/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -- AFLAC INC | | | | | Sold (part) | 10/10 | J | | |
| 1073. -- ADOBE SYSTEMS INC | | | | | | | | | |
| 1074. -- STERICYCLE INC | | | | | Sold (part) | 3/19 | J | C | |
| 1075. -- STERICYCLE INC | | | | | Sold (part) | 10/7 | J | C | |
| 1076. -- STERICYCLE INC | | | | | Sold (part) | 10/10 | J | B | |
| 1077. -- APACHE CORP | | | | | Sold (part) | 1/23 | J | B | |
| 1078. -- APACHE CORP | | | | | Sold (part) | 8/4 | J | B | |
| 1079. -- APACHE CORP | | | | | Sold | 10/15 | J | | |
| 1080. -- CANON INC | | | | | Sold | 4/30 | K | C | |
| 1081. -- PROCTER & GAMBLE | | | | | | | | | |
| 1082. -- GARMIN LTD | | | | | Sold (part) | 2/7 | J | C | |
| 1083. -- GARMIN LTD | | | | | Sold (part) | 2/26 | J | B | |
| 1084. -- GARMIN LTD | | | | | Sold | 3/19 | J | B | |
| 1085. -- DANAHER CORP | | | | | | | | | |
| 1086. -- DENTSPLY INTL INC | | | | | Sold (part) | 3/19 | J | B | |
| 1087. -- AMETEK INC NEW | | | | | | | | | |
| 1088. -- TORO CO | | | | | Sold (part) | 1/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -- TORO CO | | | | | Sold (part) | 4/9 | J | | |
| 1090. -- TORO CO | | | | | Sold | 7/3 | J | | |
| 1091. -- GILEAD SCIENCES | | | | | | | | | |
| 1092. -- CHURCH & DWIGHT | | | | | | | | | |
| 1093. -- JACOBS ENGR GROUP | | | | | Sold (part) | 1/9 | J | C | |
| 1094. -- JACOBS ENGR GROUP | | | | | Sold (part) | 9/11 | J | B | |
| 1095. -- JACOBS ENGR GROUP | | | | | Sold | 10/1 | J | | |
| 1096. -- CANADIAN NATIONAL RAILWAY | | | | | | | | | |
| 1097. -- TEVA PHARMACEUTICALS | | | | | | | | | |
| 1098. -- CATERPILLAR INC | | | | | Sold (part) | 10/2 | J | | |
| 1099. -- QUEST DIAGNOSTICS | | | | | Sold (part) | 10/10 | J | | |
| 1100. -- AMPHENOL CORP | | | | | Sold (part) | 3/4 | J | | |
| 1101. -- CITRIX SYSTEMS | | | | | Sold (part) | 4/9 | J | | |
| 1102. -- CITRIX SYSTEMS | | | | | Sold (part) | 9/11 | J | | |
| 1103. -- CITRIX SYSTEMS | | | | | Sold | 10/1 | J | | |
| 1104. -- ROPER INDS | | | | | Sold (part) | 10/10 | J | | |
| 1105. -- SIGMA ALDRICH CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -- CAMERON INTL CORP | | | | | Sold (part) | 1/23 | J | | |
| 1107. -- CAMERON INTL CORP | | | | | Sold (part) | 8/4 | J | | |
| 1108. -- CAMERON INTL CORP | | | | | Sold | 10/1 | J | | |
| 1109. -- EATON VANCE CORP | | | | | Buy (add'l) | 1/29 | J | | |
| 1110. -- EATON VANCE CORP | | | | | Sold (part) | 3/19 | J | | |
| 1111. -- EATON VANCE CORP | | | | | Buy (add'l) | 11/4 | J | | |
| 1112. -- UNITED TECHNOLOGIES | | | | | | | | | |
| 1113. -- METTLER-TOLEDO INTL | | | | | Sold (part) | 9/11 | J | | |
| 1114. -- METTLER-TOLEDO INTL | | | | | Sold (part) | 10/10 | J | | |
| 1115. -- CR BARD | | | | | Buy | 3/25 | K | | |
| 1116. -- CR BARD | | | | | Buy (add'l) | 7/30 | J | | |
| 1117. -- AUTOZONE | | | | | Buy | 10/24 | J | | |
| 1118. -- FPL GROUP INC | | | | | Buy | 2/7 | K | | |
| 1119. -- FPL GROUP INC | | | | | Sold (part) | 9/11 | J | | |
| 1120. -- FPL GROUP INC | | | | | Sold (part) | 10/10 | J | | |
| 1121. -- FASTENAL CO | | | | | Buy | 10/24 | J | | |
| 1122. -- HARRIS CORP | | | | | Buy | 1/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -- IMMUCOR INC | | | | | Buy | 11/3 | J | | |
| 1124. -- IBM CORP | | | | | Buy | 10/24 | J | | |
| 1125. -- MONSANTO CO | | | | | Buy | 11/3 | J | | |
| 1126. -- NIKE INC | | | | | Buy | 10/24 | J | | |
| 1127. -- NUCOR CORP | | | | | Buy | 3/10 | K | | |
| 1128. -- NUCOR CORP | | | | | Sold (part) | 8/4 | J | | |
| 1129. -- NUCOR CORP | | | | | Sold (part) | 9/11 | J | | |
| 1130. -- NUCOR CORP | | | | | Sold | 10/1 | J | | |
| 1131. -- PARKER HANNIFIN CORP | | | | | Buy | 5/5 | K | | |
| 1132. -- PARKER HANNIFIN CORP | | | | | Buy (add'l) | 5/13 | J | | |
| 1133. -- PARKER HANNIFIN CORP | | | | | Buy (add'l) | 7/2 | J | | |
| 1134. -- PARKER HANNIFIN CORP | | | | | Sold (part) | 9/11 | J | | |
| 1135. -- PHARMACEUTICAL PRODUCT DEV | | | | | Buy | 10/24 | J | | |
| 1136. -- PRAXAIR INC | | | | | Buy | 10/24 | J | | |
| 1137. -- PRICE T ROWE GROUP | | | | | Buy | 11/4 | K | | |
| 1138. -- QUALCOMM INC | | | | | Buy | 10/24 | J | | |
| 1139. -- QUESTAR CORP | | | | | Buy | 4/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -- QUESTAR CORP | | | | | Sold (part) | 8/14 | J | | |
| 1141. -- RPM INC OHIO | | | | | Buy | 2/13 | K | | |
| 1142. -- RPM INC OHIO | | | | | Sold (part) | 7/3 | J | | |
| 1143. -- ROCKWELL COLLINS | | | | | Buy | 1/29 | J | | |
| 1144. -- ROCKWELL COLLINS | | | | | Sold (part) | 3/4 | J | | |
| 1145. -- ROCKWELL COLLINS | | | | | Sold (part) | 6/20 | J | | |
| 1146. -- ROCKWELL COLLINS | | | | | Sold (part) | 9/11 | J | | |
| 1147. -- ROCKWELL COLLINS | | | | | Sold | 10/2 | J | | |
| 1148. -- STAPLES INC | | | | | Buy | 10/24 | J | | |
| 1149. -- SYNGENTA AG | | | | | Buy | 3/10 | K | | |
| 1150. | | | | | | | | | |
| 1151. -- REAL ESTATE, ███████ | | | | | | | | | |
| 1152. | | | | | | | | | |
| 1153. | | | | | | | | | |
| 1154. | | | | | | | | | |
| 1155. | | | | | | | | | |
| 1156. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100.000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. TRUST #12 AGGREGATE SEE NOTE PART VIII | C | Int./Div. | J | T | | | | | |
| 1158. COMMON STOCKS/MUTUAL FUNDS | | | | | | | | | |
| 1159. -- AUTOMATIC DATA PROCESSING | | | | | Sold | 1/4 | J | | |
| 1160. -- EXPEDITORS INTL WASH INC | | | | | | | | | |
| 1161. -- IDEXX CORP | | | | | Sold (part) | 10/7 | J | B | |
| 1162. -- KIMCO REALTY CORP | | | | | | | | | |
| 1163. -- MCCORMICK & CO | | | | | | | | | |
| 1164. -- EMERSON ELEC CO | | | | | | | | | |
| 1165. -- 3M CO | | | | | Sold | 9/11 | J | | |
| 1166. -- ZIMMER HOLDINGS INC | | | | | Sold (part) | 10/10 | J | | |
| 1167. -- BECTON DICKINSON & CO | | | | | Sold (part) | 10/7 | J | A | |
| 1168. -- STRYKER CORP | | | | | Sold (part) | 10/7 | J | | |
| 1169. -- CLARCOR INC | | | | | | | | | |
| 1170. -- C H ROBINSON WORLDWIDE INC | | | | | | | | | |
| 1171. -- AFLAC INC | | | | | Sold (part) | 10/10 | J | | |
| 1172. -- ADOBE SYSTEMS INC | | | | | | | | | |
| 1173. -- STERICYCLE INC | | | | | Sold (part) | 3/19 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -- STERICYCLE INC | | | | | Sold (part) | 10/7 | J | B | |
| 1175. -- SEI DAILY INCOME TRUST FUND | | | | | | | | | |
| 1176. -- APACHE CORPORATION | | | | | Sold | 10/15 | J | | |
| 1177. -- CANON INC | | | | | Sold (part) | 1/18 | J | | |
| 1178. -- CANON INC | | | | | Sold | 4/30 | J | A | |
| 1179. -- PROCTER & GAMBLE | | | | | | | | | |
| 1180. -- TORO CO | | | | | Sold (part) | 1/18 | J | | |
| 1181. -- TORO CO | | | | | Sold (part) | 4/9 | J | | |
| 1182. -- TORO CO | | | | | Sold | 7/3 | J | | |
| 1183. -- FISERV INC | | | | | Sold (part) | 6/27 | J | | |
| 1184. -- AMETEK INC | | | | | | | | | |
| 1185. -- GILEAD SCIENCES | | | | | Sold (part) | 10/7 | J | A | |
| 1186. -- CHURCH & DWIGHT | | | | | | | | | |
| 1187. -- JACOBS ENGR GROUP | | | | | Sold (part) | 1/9 | J | A | |
| 1188. -- JACOBS ENGR GROUP | | | | | Sold | 9/11 | J | A | |
| 1189. -- TEVA PHARMACAEUTICALS | | | | | | | | | |
| 1190. -- CATERPILLAR INC | | | | | Sold (part) | 10/2 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -- QUEST DIAGNOSTICS | | | | | Sold (part) | 10/7 | J | | |
| 1192. -- QUEST DIAGNOSTICS | | | | | Sold (part) | 10/10 | J | | |
| 1193. -- CAMERON INTL | | | | | Sold (part) | 1/23 | J | | |
| 1194. -- CAMERON INTL | | | | | Sold | 10/1 | J | | |
| 1195. -- EATON VANCE CORP | | | | | | | | | |
| 1196. -- UNITED TECHNOLOGIES | | | | | | | | | |
| 1197. -- METTLER-TOLEDO INTL | | | | | Sold | 10/10 | J | | |
| 1198. -- AUTOZONE INC | | | | | Buy | 10/24 | J | | |
| 1199. -- CR BARD INC | | | | | Buy | 3/25 | J | | |
| 1200. -- DENTSPLY INTL | | | | | Buy | 1/14 | J | | |
| 1201. -- DENTSPLY INTL | | | | | Sold (part) | 3/19 | J | | |
| 1202. -- FPL GROUP | | | | | Buy | 2/7 | J | | |
| 1203. -- FASTENAL CO | | | | | Buy | 10/24 | J | | |
| 1204. -- HARRIS CORP DEL | | | | | Buy | 1/29 | J | | |
| 1205. -- IMMUCOR INC | | | | | Buy | 11/3 | J | | |
| 1206. -- IBM CORP | | | | | Buy | 10/24 | J | | |
| 1207. -- MONSANTO CO | | | | | Buy | 11/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -- NIKE INC | | | | | Buy | 10/24 | J | | |
| 1209. -- NUCOR CORP | | | | | Buy | 3/10 | J | | |
| 1210. -- NUCOR CORP | | | | | Sold (part) | 8/4 | J | | |
| 1211. -- NUCOR CORP | | | | | Sold | 9/11 | J | | |
| 1212. -- PARKER HANNIFIN CORP | | | | | Buy | 5/5 | J | | |
| 1213. -- PARKER HANNIFIN CORP | | | | | Buy (add'l) | 5/13 | J | | |
| 1214. -- PARKER HANNIFIN CORP | | | | | Sold (part) | 9/11 | J | | |
| 1215. -- PHARMACEUTICAL PROD DEV | | | | | Buy | 10/24 | J | | |
| 1216. -- PRAXAIR INC | | | | | Buy | 10/24 | J | | |
| 1217. -- PRICE T ROWE GROUP | | | | | Buy | 11/4 | J | | |
| 1218. -- QUALCOMM INC | | | | | Buy | 10/24 | J | | |
| 1219. -- QUESTAR CORP | | | | | Buy | 4/9 | J | | |
| 1220. -- QUESTAR CORP | | | | | Sold (part) | 8/4 | J | | |
| 1221. -- RPM INC | | | | | Buy | 2/13 | J | | |
| 1222. -- RPM INC | | | | | Sold (part) | 7/3 | J | | |
| 1223. -- ROCKWELL COLLINS | | | | | Buy | 1/29 | J | | |
| 1224. -- ROCKWELL COLLINS | | | | | Sold | 9/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| OBERDORFER, LOUIS F. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -- ROPER INDS | | | | | Buy | 1/29 | J | | |
| 1226. -- STAPLES INC | | | | | Buy | 10/24 | J | | |
| 1227. -- SYNGENTA AG | | | | | Buy | 3/10 | J | | |
| 1228. | | | | | -- | | | | |
| 1229. -- FED FARM CR BK 3.65% 6/2/08 | | | | | Sold | 2/1 | J | | |
| 1230. -- FED HOME LN BK 5.125% 2/7/13 | | | | | Sold | 2/5 | J | | |
| 1231. -- FED HOME LN BK 3.785% 11/21/08 | | | | | Redeemed | 2/21 | J | | |
| 1232. -- FHLB 5.2% 5/21/12 | | | | | | | | | |
| 1233. -- FHLB 3.05% 10/15/10 | | | | | Buy | 4/15 | J | | |
| 1234. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | OBERDORFER, LOUIS F. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| RPTD | | ASSESS | % FMV | VALUE | % OWNED | VALUE |
|---|---|---|---|---|---|---|
| PART VII: | PAGE 6, LINE 44 | 24,100 | 50 | 48,200 | 50 | 24,100 |
| | PAGE 6, LINE 45 & | | | | | |
| | PAGE 13, LINE 160 | 33,000 | 50 | 66,600 | 50 | 33,300 |

SEE ATTACHMENTS FOR NOTES TO AGGREGATE TRUST VALUES

SEE ATTACHMENT FOR LOCATION OF TRUSTEES

ADDRESSES OF TRUSTEES:



C/O LOUIS F. OBERDORFER
U.S. COURTHOUSE, ROOM 2309
WASHINGTON, D.C. 20001

NOTE TO AGGREGATES:
FACTOR FROM FEDERAL REG. 20.2031-7 AND REV RUL 89-127 TO VALUE OF SECURITIES
UNDER METHOD T APPLIES TO ALL TRUSTS LISTED IN PART VII.

PAGE 7      TRUST #1
VALUATION BASED ON LIFETIME INCOME INTEREST IN TRUST OF PERSON
REPORTING

PAGE 14      TRUST #2
VALUATION BASED ON LIFETIME INCOME INTEREST OF █████ IN TRUST

PAGE 27      TRUST #3

PAGE 41      TRUST #4

PAGE 44      TRUST #5

PAGE 47      TRUST #6

PAGE 61      TRUST #7

THE INCOME OF EACH OF TRUSTS #3 THROUGH #7 WILL BE PAID TO █████ OR ACCUMULATED AS DETERMINED BY AN ADVISORY
COMMITTEE CONSISTING OF █████████████████ IN ADDITION █████ HAS LIMITED TESTAMENTARY POWER OF
APPOINTMENT OVER THE REMAINDER. █████ HAS NO OTHER INTEREST IN THESE TRUSTS.

LOUIS F. OBERDORFER IS CO-TRUSTEE FOR THE FOLLOWING TRUSTS OVER WHICH HE HAS INVESTMENT AUTHORITY, BUT NO
BENEFICIAL INTEREST. SINCE THE BENEFICIAL INTEREST IS NONEXISTENT, THE INDICATED VALUE IS J:

PAGE 65      █████ TRUSTS █████████████████████
                TRUSTS #8 THROUGH #11

PAGE 72      TRUST U/A 6/24/94 FBO █████████ AS OF MARCH 1996, UPON THE DEATH
                ███████████ TRUST ████████ OF PERSON REPORTING. TRUST #12

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544